# Exhibit B

Twitter Scraper | Free Trial



Search for website

‹ index    **About**

# Twitter Scraper

Scrape Twitter and scrape data such from public Twitter profiles. Collect data on URLs, hashtags, images, videos, tweets, retweets, conversation threads, followers/following, locations, and more.

Start Free Trial ›

Twitter Scraper Free Trial

Start Free Trial



Use Bright Data's Web Scraper IDE,

Start Free Trial

## Twitter Scraper use cases

Scrape Twitter to monitor consumer sentiment

Find new influencers and monitor shifts in popularity

Protect your brand image by capturing users' conversations

Easily stay on top of new trending topics

## Twitter Scraper Overview

- ✓ Easy data scraping for beginners
- ✓ Utilizes proprietary technology to unlock sites
- ✓ Infinitely scalable – collect as much data as you need quickly and completely
- ✓ Fully compliant with industry best practices and privacy regulations (GDPR, CCPA)

Start Free Trial ›

Start Free Trial

### Twitter profile

Collect profile data by profile URL

### Twitter tweets

Collect tweets by tweet URL

### Twitter keyword or hashtag

Collect tweets by keyword or #hashtag - DEMO

## Twitter keyword or hashtag

**Sample Input**

search

#love

**Sample Output**

```
        "id_str": "1417746521731133443",
        "full_text": "All my heart to this movie💫🍃❤ #love #selfcare
    #WEALLHUMAN https:\/\/t.co\/m1lwyJNGF4",
        "truncated": false,
        "source": "\u003Ca
href=\u0022http:\/\/twitter.com\/download\/iphone\u0022
rel=\u0022nofollow\u0022\u003ETwitter for iPhone\u003C\/a\u003E",
        "in_reply_to_status_id": null,
        "in_reply_to_status_id_str": null,
        "in_reply_to_user_id": null,
        "in_reply_to_user_id_str": null,
        "in_reply_to_screen_name": null,
        "user_id_str": "1414891075982880770",
        "geo": null,
        "coordinates": null,
        "contributors": null,
```

## Twitter profile

**Sample Input**

url

https://twitter.com/billieeilish

number_of_tweets

70

**Sample Output**

Start Free Trial

```
        "isVerified": true,
        "bio": "Newton is a very handsome boy.",
        "location": "California, USA",
        "following": 2067,
        "followers": 17192867,
        "website_url": "http:\/\/spotify.link\/NetflixHub",
        "posts": 43328,
        "media_count": 10778,
        "profile_background_image_url":
"https:\/\/pbs.twimg.com\/profile_banners\/16573941\/1648216530",
        "profile_image_url":
"https:\/\/pbs.twimg.com\/profile_images\/1235992718171467776\/PaX2Bz1S_nor
        "created": "Fri Oct 03 04:16:17 +0000 2008",
        "handle": "netflix",
        "collected_number_of_posts": 20,
```

## Twitter tweets

**Sample Input**

url

https://twitter.com/billieeilish/status/1288974168399069185

**Sample Output**

```
            "1448695234561380352"
        ],
        "post_url":
"https:\/\/twitter.com\/NYUABetterTech\/status\/1448695234561380352",
        "post_text": "Happening now! Join @NaDomagala, @maria_axente, Dave
Tarrant, Olivia Gambelin and hear responsible technology professionals from
different sectors sharing what skills they have found the most useful when
working in technology and data ethics.",
        "post_time": "Thu Oct 14 17:00:34 +0000 2021",
        "retweets": 0,
        "comments": 0,
        "likes": 1,
        "status": "Ok"
    }
```

## Web Scraper IDE Features

Leave your scraping limitations behind with our hosted cloud solution

### Pre-made web scraper templates

Get started quickly and adapt existing code to your specific needs

Watch your code as you build it and debug errors in your code quickly

### Built-in debug tools

Debug what happened in a past crawl to understand what needs fixing in the next version

### Browser scripting in JavaScript

Handle your browser control and parsing codes with simple procedural JavaScript

### Ready-made functions

Capture browser network calls, configure a proxy, extract data from lazy loading UI, and more!

### Easy parser creation

Start Free Trial

Accessibility

#### Auto-scaling infrastructure

You don't need to invest in the hardware or software to manage an enterprise-grade web scraper

#### Integration

Emulate a user in any geo-location with built-in fingerprinting, automated retries, CAPTCHA solving, and more.

#### Built-in debug tools

Trigger crawls on a schedule or by API, and connect our API to major storage platforms

## Leverage Twitter Scraper for the following uses:

- Get a leg up on upcoming trends, predict the next fads and fashions, and keep track of consumer sentiment

Start Free Trial

- Learn about your competitors and their customers to gain insights and advantage



Start Free Trial

Everything you need from a web scraping solution

Browse Bright Data's directories

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  ?

Start Free Trial

## Want to learn more?

Talk to an expert to discuss your data collection needs and see our platform in action.

Start Free Trial

**bright data**

PRODUCTS

PROXY SERVICES

PRICING

PROGRAMS

LEARNING CENTER

LEGAL

COMPANY

CLOUD PARTNERSHIPS

CUSTOMER EXCELLENCE PARTNERSHIPS

