# Exhibit D



Search for website

‹ index    **About**

# Twitter Image Scraper

Scrape Twitter images and collect data such as user name, Twitter handle, following/followers, location, URL, date of creation, and more.

Start Free Trial ›

Twitter Image Scraper

Start Free Trial



Use Bright Data's [Web Scraper IDE](#),
or purchase a [Twitter dataset](#)

Start Free Trial

## Twitter Image Scraper use cases

Scrape Twitter images for social media monitoring

Scrape Twitter images for brand monitoring

Scrape Twitter images for trend analytics

Scrape Twitter images for sentiment analysis

Accessibility

### Twitter Image Scraper Overview

- ✓ Easy data scraping for beginners
- ✓ All-in-One platform integrates with our industry-leading proxies
- ✓ Utilizes proprietary technology to unlock sites
- ✓ Infinitely scalable – collect as much data as you need quickly and completely
- ✓ Fully compliant with industry best practices and privacy regulations (GDPR, CCPA)

Start Free Trial ›

## Output examples

Start Free Trial

Collect profile data by profile URL

**Twitter tweets**

Collect tweets by tweet URL

**Twitter keyword or hashtag**

Collect tweets by keyword or #hashtag - DEMO

Accessibility

## Twitter keyword or hashtag

**Sample Input**

search

#love

**Sample Output**

Start Free Trial

```
        "id_str": "1417746521731133443",
        "full_text": "All my heart to this movie💫🍃❤️ #love #selfcare
    #WEALLHUMAN https:\/\/t.co\/m1lwyJNGF4",
        "truncated": false,
        "source": "\u003Ca
    href=\u0022http:\/\/twitter.com\/download\/iphone\u0022
    rel=\u0022nofollow\u0022\u003ETwitter for iPhone\u003C\/a\u003E",
        "in_reply_to_status_id": null,
        "in_reply_to_status_id_str": null,
        "in_reply_to_user_id": null,
        "in_reply_to_user_id_str": null,
        "in_reply_to_screen_name": null,
        "user_id_str": "1414891075982880770",
        "geo": null,
        "coordinates": null,
        "contributors": null,
```

## Twitter tweets

**Sample Input**

url

https://twitter.com/billieeilish/status/1288974168399069185

**Sample Output**

```
            "1448695234561380352"
        ],
        "post_url":
"https:\/\/twitter.com\/NYUABetterTech\/status\/1448695234561380352",
        "post_text": "Happening now! Join @NaDomagala, @maria_axente, Dave
Tarrant, Olivia Gambelin and hear responsible technology professionals from
different sectors sharing what skills they have found the most useful when
working in technology and data ethics.",
        "post_time": "Thu Oct 14 17:00:34 +0000 2021",
        "retweets": 0,
        "comments": 0,
        "likes": 1,
        "status": "Ok"
    }
```

Accessibility

## Twitter profile

**Sample Input**

url

https://twitter.com/billieeilish

number_of_tweets

70

**Sample Output**

```
        "isVerified": true,
        "bio": "Newton is a very handsome boy.",
        "location": "California, USA",
        "following": 2067,
        "followers": 17192867,
        "website_url": "http:\/\/spotify.link\/NetflixHub",
        "posts": 43328,
        "media_count": 10778,
        "profile_background_image_url":
"https:\/\/pbs.twimg.com\/profile_banners\/16573941\/1648216530",
        "profile_image_url":
"https:\/\/pbs.twimg.com\/profile_images\/1235992718171467776\/PaX2Bz1S_nor
        "created": "Fri Oct 03 04:16:17 +0000 2008",
        "handle": "netflix",
        "collected_number_of_posts": 20,
```

Accessibility

## Web Scraper IDE Features

Leave your scraping limitations behind with our hosted cloud solution

### Pre-made web scraper templates

Get started quickly and adapt existing code to your specific needs

Watch your code as you build it and debug errors in your code quickly

### Built-in debug tools

Debug what happened in a past crawl to understand what needs fixing in the next version

### Browser scripting in JavaScript

Handle your browser control and parsing codes with simple procedural JavaScript

### Ready-made functions

Capture browser network calls, configure a proxy, extract data from lazy loading UI, and more!

### Easy parser creation

Start Free Trial

### Auto-scaling infrastructure

You don't need to invest in the hardware or software to manage an enterprise-grade web scraper

### Integration

Emulate a user in any geo-location with built-in fingerprinting, automated retries, CAPTCHA solving, and more.

### Built-in debug tools

Trigger crawls on a schedule or by API, and connect our API to major storage platforms



Start Free Trial

Everything you need from a web scraping solution

Browse Bright Data's directories

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z ?

Search for website

Start Free Trial

## Want to learn more?

Talk to an expert to discuss your data collection needs and see our platform in action.

Start Free Trial >

Accessibility

**bright**data

PRODUCTS

PROXY SERVICES

PRICING

PROGRAMS

LEARNING CENTER

LEGAL

COMPANY

CLOUD PARTNERSHIPS

CUSTOMER EXCELLENCE PARTNERSHIPS

PARTNERSHIPS

Start Free Trial >

CONTACT US

