# Exhibit E



Start Free Trial

Search for website

‹ index    **About**

# Twitter Followers Scraper

Scrape Twitter followers and collect data such as: name, number of followers, profile URLs, images, company URL, and more.

Start Free Trial ›

Accessibility



Use Bright Data's Web Scraper IDE,

Start Free Trial

## Twitter Followers Scraper use cases

Scrape Twitter followers to monitor consumer sentiment

Scrape Twitter followers to find new influencers

Protect your brand image by capturing users' conversations

Easily stay on top of new trending topics

Accessibility

## Twitter Followers Scraper Overview

- ✓ Easy data scraping for beginners
- ✓ Utilizes proprietary technology to unlock sites
- ✓ Infinitely scalable – collect as much data as you need quickly and completely
- ✓ Fully compliant with industry best practices and privacy regulations (GDPR, CCPA)

Start Free Trial →

Start Free Trial

## Twitter profile
Collect profile data by profile URL

## Twitter tweets
Collect tweets by tweet URL

## Twitter keyword or hashtag
Collect tweets by keyword or #hashtag - DEMO

## Twitter keyword or hashtag

**Sample Input**

search

#love

**Sample Output**

Start Free Trial

```
        "id_str": "1417746521731133443",
        "full_text": "All my heart to this movie💫🍃❤️ #love #selfcare
    #WEALLHUMAN https:\/\/t.co\/m1lwyJNGF4",
        "truncated": false,
        "source": "\u003Ca
href=\u0022http:\/\/twitter.com\/download\/iphone\u0022
rel=\u0022nofollow\u0022\u003ETwitter for iPhone\u003C\/a\u003E",
        "in_reply_to_status_id": null,
        "in_reply_to_status_id_str": null,
        "in_reply_to_user_id": null,
        "in_reply_to_user_id_str": null,
        "in_reply_to_screen_name": null,
        "user_id_str": "1414891075982880770",
        "geo": null,
        "coordinates": null,
        "contributors": null,
```

## Twitter profile

**Sample Input**

url

https://twitter.com/billieeilish

number_of_tweets

70

**Sample Output**

Start Free Trial

```
            "isVerified": true,
            "bio": "Newton is a very handsome boy.",
            "location": "California, USA",
            "following": 2067,
            "followers": 17192867,
            "website_url": "http:\/\/spotify.link\/NetflixHub",
            "posts": 43328,
            "media_count": 10778,
            "profile_background_image_url":
"https:\/\/pbs.twimg.com\/profile_banners\/16573941\/1648216530",
            "profile_image_url":
"https:\/\/pbs.twimg.com\/profile_images\/1235992718171467776\/PaX2Bz1S_nor
            "created": "Fri Oct 03 04:16:17 +0000 2008",
            "handle": "netflix",
            "collected_number_of_posts": 20,
```

## Twitter tweets

**Sample Input**

url

https://twitter.com/billieeilish/status/1288974168399069185

**Sample Output**

```
        "1448695234561380352"
    ],
    "post_url":
"https:\/\/twitter.com\/NYUABetterTech\/status\/1448695234561380352",
    "post_text": "Happening now! Join @NaDomagala, @maria_axente, Dave
Tarrant, Olivia Gambelin and hear responsible technology professionals from
different sectors sharing what skills they have found the most useful when
working in technology and data ethics.",
    "post_time": "Thu Oct 14 17:00:34 +0000 2021",
    "retweets": 0,
    "comments": 0,
    "likes": 1,
    "status": "Ok"
}
```

## Web Scraper IDE Features

Leave your scraping limitations behind with our hosted cloud solution

### Pre-made web scraper templates

Get started quickly and adapt existing code to your specific needs

Watch your code as you build it and debug errors in your code quickly

### Built-in debug tools

Debug what happened in a past crawl to understand what needs fixing in the next version

### Browser scripting in JavaScript

Handle your browser control and parsing codes with simple procedural JavaScript

### Ready-made functions

Capture browser network calls, configure a proxy, extract data from lazy loading UI, and more!

### Easy parser creation

### Auto-scaling infrastructure

You don't need to invest in the hardware or software to manage an enterprise-grade web scraper

### Integration

Emulate a user in any geo-location with built-in fingerprinting, automated retries, CAPTCHA solving, and more.

### Built-in debug tools

Trigger crawls on a schedule or by API, and connect our API to major storage platforms

## How to leverage a Twitter Followers Scraper for your business:

- Target the right populations that are interested in a particular industry or topic
- Build custom audiences for ad campaigns and to gain more followers for your business



- following
- Extract user info like: name, Twitter handle, followers/following, profile, URL/image/banner, location, tweets, retweets, and replies from profiles, hashtags, etc.



Start Free Trial

## Everything you need from a web scraping solution



Start Free Trial

## Browse Bright Data's directories

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z ?

Search for website

Accessibility

### Want to learn more?

Talk to an expert to discuss your data collection needs and see our platform in action.

Start Free Trial

**brightdata**

PRODUCTS

PROXY SERVICES

PRICING

PROGRAMS

LEARNING CENTER

