# Exhibit F

Start Free Trial



# PROXY SERVICES

# Proxy services for every use case

Use the industry's most advanced proxy infrastructure for any specific business need

✓ Bypass any location restriction with proxies from every country in the world

✓ The best proxy performance in the world

✓ GDPR & CCPA compliant

Start free trial ›

Proxy Services Free Trial

Start Free Trial





**99.9%**
network uptime

**195**
countries

**99.99%**
success rates

FEATURED IN

   

Start Free Trial

Accessibility

### G2 Industry Leader 2023

Awarded for leading the data extraction industry in customer satisfaction, quality of support, and market presence

### Best Data Collection Tools 2022

Awarded for our market-leading tools to collect any public web data

Start Free Trial

experience

# Top proxy locations

☑ Residential IPs    ☑ Mobile IPs    ☑ Datacenter IPs    ☑ ISP IPs

United States
**4,778,819 IPs**

Great Britain
**1,717,427 IPs**

Germany
**1,238,155 IPs**

Brazil
**1,826,558 IPs**

France
**512,485 IPs**

China
**1,129,872 IPs**

Canada
**536,433 IPs**

Spain
**595,372 IPs**

Start Free Trial

Russia
3,304,575 IPs

Japan
291,372 IPs

South Korea
228,171 IPs

India
5,127,785 IPs

Start free trial



Start Free Trial



# RESIDENTIAL PROXIES

The world's #1 Residential Proxy Network enables you to access any website content regardless of location, while avoiding IP bans and CAPTCHAs. Bright Data's Residential Proxies provide the most comprehensive geographic coverage, covering 195 locations including country and city-level website targeting. With 72 million+ real IPs, shared by real people in our community-sharing network, the Residential Network enables you to scale your data collection projects with the highest speeds and success rates.

✓ 72 million+ real residential IPs

✓ Fastest residential speeds

✓ The industry's most popular & most trusted residential network

✓ 99.99% uptime - extremely stable

✓ 100% ethically-sourced proxies in resource-sharing community

✓ Gather vast amounts of public web data with total anonymity

**Start free trial** ›

**Residential proxies** ›

Start Free Trial





## SUPER PROXY SERVERS

For optimized performance and the fastest response times, leverage Bright Data Super Proxy Servers located across the globe. Super proxies have efficient traffic ratios and a network that can handle huge fluctuations in traffic with increased speeds because of their size and locations.

-  Broadest geographic coverage
-  The industry's best-performing Super Proxy Servers
- Fastest response time in the industry



Start Free Trial

 3,000+ Super Proxy Servers stationed close to our peers across the globe for fastest service

Start free trial >

Proxy servers >





DATACENTER PROXIES

Access the most advanced Datacenter proxy network in the industry built of multiple IP types across the world, in a shared IP pool or for individual purchase.

Start Free Trial

✓ 770 thousand+ Datacenter IPs

✓ No-hassle integration for first-timers with Bright Data API

✓ Global coverage, including US, China, & Europe

✓ Zero bandwidth and target limitations

✓ Extensive interface – IPs across 3,000+ subnets

✓ Country, state, & city-level targeting

Accessibility

**Start free trial** >

**Datacenter proxies** >





Leverage real residential IPs from any city in the world, assigned by ISPs and leased to Bright Data for your exclusive use, for as long as you require. With guaranteed long sessions you can use the same IP address without limitation and without any obstructions or delays.

 Keep your IPs for life

 Fastest static residential (ISP) IPs in the industry

 700,000+ fully-compliant static residential (ISP) proxies

Used by Fortune 500 &20K+ businesses

Start Free Trial

Start free trial >

ISP proxies >



 **MOBILE PROXIES**

See the web as any real mobile user around the world would with the most advanced Mobile IP Network offering the fastest and largest real-peer 3G/4G IPs network in the world. Our Mobile IP network is located in every city and has

Start Free Trial

- See the web from the eyes of real mobile users
- Largest and fastest 3G/4G mobile proxy network
- 7 million+ real 3G/4G mobile IPs from across the world
- Say goodbye to IP location blocks and CAPTCHA for good
- Target any country, city, carrier and ASN
- No limits on concurrent connections

Start free trial >

Mobile proxies >

Start Free Trial



The category leader in proxies and data collection

Start Free Trial

Accessibility

650TB of public data
collected every day

170K requests processed
per second

Serving 7/10 of the world's
leading universities

Start Free Trial

4.8/5 highest Trustpilot rating in the industry

The best customer experience in the industry

**You ask, we develop**
New feature releases every day

**24/7 global support**
To answer any questions right when you need it

**Full transparency**
Real-time network performance dashboard

**Dedicated Account Managers**
To optimize your performance

**Tailored solutions**
To meet your data collection goals

Start Free Trial



# All the proxy services you need in one easy-to-use platform

Start free trial ❯

**brightdata**

PRODUCTS ˅

PROXY SERVICES ˅

PRICING ˅

PROGRAMS ˅

LEARNING CENTER ˅

LEGAL ˅

COMPANY ˅

CLOUD PARTNERSHIPS ˅

CUSTOMER EXCELLENCE PARTNERSHIPS ˅

PARTNERSHIPS ˅

Start Free Trial ❯

Accessibility




**FOLLOW US**

© Copyright 2023 Bright Data Ltd. | All rights reserved

Bright Data Ltd. (Headquarters), 4 Hamahshev St., Netanya 4250714, Israel (POB 8025)
229 W 36th St., New York, NY 10018, United States.