1  DAVID H. HARPER*
   david.harper@haynesboon.com
2  JASON P. BLOOM*
   jason.bloom@haynesboone.com
3  **HAYNES AND BOONE, LLP**
   One Victory Park
4  2323 Victory Avenue, Suite 700
   Dallas, Texas 75219
5  Telephone: (214) 651-5000
   Facsimile: (214) 651-5940
6  *Pro hac vice to be submitted

7  JASON T. LAO, SBN 288161
   jason.lao@haynesboone.com
8  ANDREA LEVENSON, SBN 323926
   andrea.levenson@haynesboone.com
9  **HAYNES AND BOONE, LLP**
   600 Anton Boulevard, Suite 700
10 Costa Mesa, California 92626
   Telephone: (949) 202-3000
11 Facsimile: (949) 202-3001

12 *Attorneys for Plaintiff*
   *X Corp.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRIGHT DATA LTD., an Israeli corporation,<br><br>Defendant. | Case No. _____<br><br>**NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF X CORP. (LOCAL RULE 3-15, FRCP 7.1)** |

## NOTICE OF INTERESTED PARTIES

Pursuant to Northern District of California Civil Local Rule 3-15, the undersigned, counsel of record for Plaintiff X Corp. ("Plaintiff"), certifies that the following listed persons (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: X Holdings Corp.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff, by and through its undersigned counsel, hereby makes the following disclosure: Plaintiff is a privately held corporation. Its parent corporation is X Holdings Corp. No publicly traded corporation owns 10% or more of the stock of X Corp. or X Holdings Corp.

Dated: July 25, 2023                    Respectfully submitted,

**HAYNES & BOONE LLP**

By: /s/ Jason T. Lao
David H. Harper*
david.harper@haynesboone.com
Jason P. Bloom*
jason.bloom@haynesboone.com
One Victory Park
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651.5000
Telecopier: (214) 651.5940
*Pro hac vice pending/to be submitted*

Jason T. Lao
jason.lao@haynesboone.com
Andrea Levenson
andrea.levenson@haynesboone.com
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
Telephone: (949) 202-3000
Facsimile: (949) 202-3001
*Attorneys for Plaintiff X Corp.*