| | |
|---|---|
| 1 | DAVID H. HARPER* |
| | david.harper@haynesboon.com |
| 2 | JASON P. BLOOM* |
| | jason.bloom@haynesboone.com |
| 3 | **HAYNES AND BOONE, LLP** |
| | One Victory Park |
| 4 | 2323 Victory Avenue, Suite 700 |
| | Dallas, Texas 75219 |
| 5 | Telephone: (214) 651-5000 |
| | Facsimile: (214) 651-5940 |
| 6 | *Pro hac vice to be submitted |

DAVID H. HARPER*
david.harper@haynesboon.com
JASON P. BLOOM*
jason.bloom@haynesboone.com
**HAYNES AND BOONE, LLP**
One Victory Park
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
*Pro hac vice to be submitted

JASON T. LAO, SBN 288161
jason.lao@haynesboone.com
ANDREA LEVENSON, SBN 323926
andrea.levenson@haynesboone.com
**HAYNES AND BOONE, LLP**
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
Telephone: (949) 202-3000
Facsimile: (949) 202-3001

*Attorneys for Plaintiff*
*X Corp.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X CORP., a Nevada corporation, | Case No. 3:23-cv-03698-JCS |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| BRIGHT DATA LTD., an Israeli corporation, | |
| Defendant. | |

1

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Andrea Levenson of Haynes and Boone, LLP, hereby enters an appearance as counsel for Plaintiff X Corp. in the above-referenced action. Please serve said counsel with all pleadings and notices in this action.

>Andrea Levenson, Esq.
>Andrea.levenson@haynesboone.com
>HAYNES AND BOONE, LLP
>600 Anton Blvd., Suite 700
>Costa Mesa, CA 92626
>Telephone: (949) 202-3021
>Facsimile: (949) 202-3001

Dated: July 25, 2023                          Respectfully submitted,

**HAYNES & BOONE LLP**

By: /s/ Andrea Levenson
David H. Harper*
david.harper@haynesboone.com
Jason P. Bloom*
jason.bloom@haynesboone.com
One Victory Park
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651.5000
Telecopier: (214) 651.5940
*Pro hac vice pending/to be submitted*

Jason T. Lao
jason.lao@haynesboone.com
Andrea Levenson
andrea.levenson@haynesboone.com
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
Telephone: (949) 202-3000
Facsimile: (949) 202-3001
*Attorneys for Plaintiff X Corp.*