# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

I, **BLAKE HAWTHORNE**, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**David H. Harper**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 1st day of November, 1991.

I further certify that the records of this office show that, as of this date

**David H. Harper**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 27th day of July, 2023.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 0004C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

### David H. Harper

Bar Number:　　　　　　　　　　　　　　　　Date of Admission:

**09025540**　　　　　　　　　　　　　　　　**11/26/1991**

Witness my official signature and the seal of this court.

Dated: July 27, 2023　　　　　　　　　Karen Mitchell,
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　By: /s/ K. Riojas
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk