AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ *Plaintiff* | ) ) ) | |
| v. | ) | Case No. |
| _____ *Defendant* | ) ) ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BRIGHT DATA LTD.                                                                                                                          .

Date: _____                                         _____
                                                                                            *Attorney's signature*

                                                                                            _____
                                                                                            *Printed name and bar number*

                                                                                            _____
                                                                                            *Address*

                                                                                            _____
                                                                                            *E-mail address*

                                                                                            _____
                                                                                            *Telephone number*

                                                                                            _____
                                                                                            *FAX number*