AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| X CORP. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:23-cv-03698-WHA |
| BRIGHT DATA LTD. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Bright Data Ltd.

Date: 10/25/2023

*Attorney's signature*

Robert C. Goodman 111554
*Printed name and bar number*

311 California Street, 10th Fl.
San Francisco, California 94104
*Address*

rgoodman@rjo.com
*E-mail address*

(415) 956-2828
*Telephone number*

(415) 956-6457
*FAX number*