# UNITED STATES DISTRICT COURT
for the
Northern District of California

| X CORP. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  3:23-cv-03698-WHA |
| BRIGHT DATA LTD. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Bright Data Ltd.

Date:  10/25/2023

/s/ Sehreen Ladak
*Attorney's signature*

Sehreen Ladak 307895
*Printed name and bar number*

2029 Century Park East, Ste 2400
Los Angeles, CA 90067
*Address*

sladak@proskauer.com
*E-mail address*

(310) 284-5652
*Telephone number*

(310) 557-2193
*FAX number*