Sehreen Ladak (Bar No. 307895)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
(310) 284-5652
sladak@proskauer.com

Robert C. Goodman (Bar No. 111554)
Lauren Kramer Sujeeth (Bar No. 259821)
ROGERS, JOSEPH, O'DONNELL, PC
311 California Street, 10th Floor
San Francisco, CA 94104
(415) 956-2828
rgoodman@rjo.com
lsujeeth@rjo.com

*Attorneys for Defendant Bright Data Ltd.*
*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X Corp., | Case No. 3:23-CV-03698-WHA |
| Plaintiff, | Hon. Judge William H. Alsup |
| v. | |
| BRIGHT DATA LTD., | |
| Defendant. | |

**BRIGHT DATA LTD'S**
**CERTIFICATE OF INTERESTED ENTITIES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-15, the undersigned counsel for Defendant Bright Data, Ltd. ("Bright Data") certifies:

1. IPPN Holdings Ltd., an Israel private company, is the parent company of Bright Data, Ltd.

2. No publicly held corporation currently owns 10 percent or more of Bright Data Ltd.

3. Pursuant to Civil L.R., 3-15(b)(2), Bright Data identifies the following:

    a. IPPN Holdings Ltd. (Israel);

    b. EMK Capital Partners LP (England);

    c. EMK Capital Partners GP Coinvestment LP (England);

    d. IPPN Holdco 2 Limited (Jersey);

    e. IPPN Holdings Ltd. (Jersey);

    f. IPPN Group Ltd. (England); and

    g. Ofer Vilenski.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

| | |
|---|---|
| Dated: October 25, 2023 | Respectfully submitted, |
| | /s/ *Sehreen Ladak* |
| | Sehreen Ladak (Bar No. 307895) |
| | PROSKAUER ROSE LLP |
| | 2029 Century Park East, Suite 2400 |
| | Los Angeles, CA 90067-3010 |
| | (310) 284-5652 |
| | sladak@proskauer.com |
| | |
| | Colin R. Kass* |
| | PROSKAUER ROSE LLP |
| | 1001 Pennsylvania Ave., N.W. |
| | Washington, D.C. 20004 |
| | (202) 416-6890 |
| | ckass@proskauer.com |
| | |
| | David A. Munkittrick* |
| | PROSKAUER ROSE LLP |
| | Eleven Times Square |
| | New York, New York 10036 |
| | (212) 969-3000 |
| | dmunkittrick@proskauer.com |
| | |
| | Robert C. Goodman (Bar No. 111554) |
| | Lauren Kramer Sujeeth (Bar No. 259821) |
| | ROGERS JOSEPH O'DONNELL, PC |
| | 311 California Street, 10th Floor |
| | San Francisco, CA 94104 |
| | (415) 956-2828 |
| | rgoodman@rjo.com |
| | lsujeeth@rjo.com |
| | |
| | Attorneys for Defendant Bright Data Ltd. |
| | *Pro hac vice pending |