UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

X. Corp.,

            Plaintiff,

  v.

BRIGHT DATA, LTD.

            Defendant

Case No. 3:23-CV-03698-WHA

**[Proposed] Order Granting Bright Data's Motion to Dismiss**

## **PROPOSED ORDER**

The Court, having considered Defendant Bright Data, Ltd.'s ("Bright Data") Motion to Dismiss, the papers filed in support, and in opposition thereto, and any oral argument with respect thereto,

IT IS HEREBY ORDERED that:

1. Bright Data's Motion to Dismiss is GRANTED.

2. X's Tortious Interference Claim (Count II of the Complaint, ECF 1), is DISMISSED pursuant to Rule 12(b)(2) for lack of personal jurisdiction.

3. X's Tortious Interference Claim (Count II of the Complaint, ECF 1), is DISMISSED pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

4. X's Unjust Enrichment Claim (Count III of the Complaint, ECF 1), is DISMISSED pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

5. X's Breach of Contract Claims based on individuals' X user accounts listed in paragraphs 36 and 37 of the Complaint (Count I of the Complaint, ECF 1), are DISMISSED pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

SO ORDERED.

DATED: _____

                                                        The Hon. William Alsup
                                                        United States District Judge