UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

X Corp.                              ,

      Plaintiff(s),

   v.

Bright Data Ltd.                     ,

      Defendant(s).

Case No. 3:23-cv-03698-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Colin Kass               , an active member in good standing of the bar of Washington, D.C.               , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Bright Data Ltd.               in the above-entitled action. My local co-counsel in this case is Sehreen Ladak               , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 307895          .

1001 Pennsylvania Ave, NW, Ste 600 South
Washington, DC 20004
MY ADDRESS OF RECORD

(202) 416-6890
MY TELEPHONE # OF RECORD

ckass@proskauer.com
MY EMAIL ADDRESS OF RECORD

2029 Century Park East, Ste 2400
Los Angeles, CA 90067
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(310) 284-5652
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

sladak@proskauer.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6237415          .

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 2       times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _10/25/2023_____

*Colin R. Kass*

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _ Colin Kass_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California



On behalf of *JULIO A. CASTILLO*, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# *Colin Kass*

*was duly qualified and admitted on December 7, 1998 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on January 17, 2023.**

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*