UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

X CORP.,

        Plaintiff,

  v.

BRIGHT DATA LTD.,

        Defendant.

No. C 23-03698 WHA

**ORDER RE OPPOSITION BRIEF**

Bright Data Ltd. filed a motion to dismiss on October 25. The opposition brief by X Corp. was due on November 8 and has not yet been filed. If it is not filed by November 14 at 5:00 P.M. PT, then the motion may well be granted and the hearing cancelled.

**IT IS SO ORDERED.**

Dated: November 13, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE