DAVID H. HARPER (*Pro Hac Vice*)
david.harper@haynesboon.com
JASON P. BLOOM (*Pro Hac Vice*)
jason.bloom@haynesboone.com
**HAYNES AND BOONE, LLP**
2801 N. Harwood Street, Suite, 2300
Dallas, Texas 75201
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

JASON T. LAO, SBN 288161
jason.lao@haynesboone.com
ANDREA LEVENSON, SBN 323926
andrea.levenson@haynesboone.com
**HAYNES AND BOONE, LLP**
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
Telephone: (949) 202-3000
Facsimile: (949) 202-3001

*Attorneys for Plaintiff*
*X Corp.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRIGHT DATA LTD., an Israeli corporation,<br><br>Defendant. | Case No. 3:23-cv-03698-WHA<br><br>**NOTICE RE INTENT TO FILE AMENDED COMPLAINT**<br><br>Date:   November 30, 2023<br>Time:   8:00 a.m.<br>Ctrm:   12 |

1
**NOTICE RE INTENT TO FILE AMENDED COMPLAINT**

In response to this Court's Order re Opposition Brief (Dkt. 34) and pursuant to Federal Rule of Civil Procedure Rule 15(a)(1)(B), Plaintiff X Corp. files this notice out of an abundance of caution to notify the Court and Defendant that X Corp. will file an Amended Complaint in this action on or before November 15, 2023.  A plaintiff may amend its pleading once as a matter of course within 21 days of service of a motion under Rule 12(b).  Fed. R. Civ. P. 15(a); *Fitzgerald v. GEM Funding, LLC*, No. 5:21-CV-08641-EJD, 2022 WL 18539354, at *1 (N.D. Cal. Jan. 28, 2022).  An amended pleading supersedes an original pleading.  *Hal Roach Studios, Inc. v. Richard Feiner and Co*., Inc., 896 F.3d 1542, 1546 (9th Cir. 1989).  Therefore, as Defendant's Rule 12(b)(6) motion was filed and served on October 25, 2023 (Dkt. 22), X Corp. will file an amended complaint on or before November 15, 2023.

Accordingly, upon X Corp.'s filing of its First Amended Complaint, X Corp. respectfully requests that the Court deny Defendant's Motion to Dismiss (Dkt. 22) as moot.  *See Defs. of Wildlife v. U.S. Fish & Wildlife Serv*., No. 21-CV-00344-JSW, 2021 WL 4551912, at *1 (N.D. Cal. June 24, 2021) ("Because an amended complaint supersedes the original, after an amended complaint is filed, a motion to dismiss targeting the original complaint becomes moot.")

Dated: November 13, 2023

                Respectfully submitted,

                **HAYNES & BOONE LLP**

By:  /s/ Jason T. Lao
      David H. Harper (*Pro Hac Vice*)
      david.harper@haynesboone.com
      Jason P. Bloom (*Pro Hac Vice*)
      jason.bloom@haynesboone.com
      2801 N. Harwood Street, Suite, 2300
      Dallas, Texas 75201
      Telephone: (214) 651.5000

      Jason T. Lao
      jason.lao@haynesboone.com
      Andrea Levenson
      andrea.levenson@haynesboone.com
      600 Anton Boulevard, Suite 700
      Costa Mesa, California 92626
      Telephone: (949) 202-3000
      *Attorneys for Plaintiff X Corp.*