# EXHIBIT A



# Contact us

We're here to support you, and get you the data you need. Fast.

## 24/7 Live Support

Contact our attuned support agents with any questions.



## Sales Inquiries

Contact Sales to find the right plan that best fits your needs



## Report Suspected Abuse

Protect other customers and the Bright Data network by reporting suspicious activity.



## Join the Affiliate Program

Promote Bright Data on your website or social media, and earn commission.



## Work with Us

Explore our job opportunities, and create a better internet.



## The Bright Initiative

Learn about our work with universities, research institutions, and governments.



## Media Inquiries

Start Free Trial

Contact PR

## Our global sales team



## Our offices



### New York:

**Bright Data Inc.**

500 7th Ave, 8th Floor, New York, NY 10018

Building Front Desk (US): +1 917-473-2601

Start Free Trial



### Israel:
### Bright Data Ltd.

4 Hamahshev St., Netanya 4250714,
Israel (POB 8025)

Beit Ilan, Poleg Industrial Center
Parking: There's a parking lot behind (south of) our building (entrance from HaTsoran st.)

Main Office Tel: +972-9-8355993

Fax: +972-9-8355003



## Let's get social

   

---

**PRODUCTS**
Datasets
Web Scraper IDE
Scraping Browser
SERP API
Bright Insights
Web Unlocker
Proxy Manager
Proxy Browser Extension
Proxy API

**PRICING**
Proxy Network
Web Scraper IDE
Scraping Browser
SERP API
Datasets

**PROGRAMS**
Impact Report 2023
Affiliate Program
Partners
SDK
Security Vulnerabilities

**PROXY SERVICES**
Residential Proxies
Mobile Proxies
ISP Proxies
Datacenter Proxies
Proxy Servers
Proxy IP Locations
Proxy Solutions

**LEARNING CENTER**
Data Documentary
Iron Analyst
Web Data Masterclass
FAQ
Webinars

**LEGAL**
Patents
Privacy Policy
Cookies Settings
Don't Sell My Personal Info
Ethical

