# EXHIBIT B

# Contact us

We're here to support you, and get you the data you need. Fast.

24/7 Live Support

Contact our attuned support agents with any questions.



Get support

Sales Inquiries

Contact Sales to find the right plan that best fits your needs



Contact sales

Report Suspected Abuse

Protect other customers and the Bright Data network by reporting suspicious activity.



Report here

Join the Affiliate Program

Promote Bright Data on your website or social media, and earn commission.



Learn more

Work with Us

Explore our job opportunities, and create a better internet.



Discover positions

The Bright Initiative

Learn about our work with universities, research institutions, and governments.



Visit the Bright Initiative

## Our global sales team



## Our offices



New York:

Bright Data Inc.

106 W 32nd St, New York, NY 10001,
United States

Customer Tel (US): +1-888-538-9204



Israel:

Bright Data Ltd.

3 Hamahshev St., Netanya 4250713,
Israel (POB 8025)

Beit Ariel, Ground floor, Poleg Industrial Center
Parking: Big lot behind (north of) our building

Main Office Tel: +972-9-8355993

Customer Tel (IL): +972-54-353-6332

Fax: +972-9-8355003



San Francisco:

Bright Data Inc.

L415 Mission Street 37th Floor
San Francisco, CA 94105

## Let's get social