# EXHIBIT C







# Gunja Gargeshwari

Chief Revenue Officer (CRO) Bright Data

San Francisco Bay Area

2K followers · 500+ connections

 **See your mutual connections**

Join to view profile

 **Bright Data**

## Activity







I am excited to announce my new role as Vice President & General Manager for Latin America at Databricks, a company at the forefront of the data and...

Liked by Gunja Gargeshwari



Amazon reports better-than-expected results, as revenue jumps 13% -Earnings per share: 94 cents per share vs. 58 cents per share expected by...

Liked by Gunja Gargeshwari

 



**Hoje foi um daqueles dias felizes, em que você acha que tudo o que vc construiu foi para um bem maior, me sinto assim. Uma das minhas mentoras um...**

Liked by Gunja Gargeshwari

Join now to see all activity

## Experience



**Chief Revenue Officer (CRO)**
Bright Data
Feb 2023 - Present · 9 months
San Francisco Bay Area



**VP, WW Sales Platform, ZD Sunshine Conversations and ZD Sell**
Zendesk
Jan 2019 - Feb 2023 · 4 years 2 months
San Francisco, California





Jun 2015 - Jan 2019 · 3 years 8 months

San Francisco Bay Area

Lead a team of sellers managing ISV focused accounts for AWS.



### Oracle

18 years 6 months

### Oracle Consulting Sales Senior Director, Retail and Financial Services

Jun 2009 - Jun 2015 · 6 years 1 month

San Francisco Bay Area

Re-vitalized Oracle consulting services for the retail and financial services sector in the west region. Over $50M in bookings over 4 years. Grew business from ground zero at key accounts to $5-10M+ annual revenue streams for key accounts. Collaborated with Oracle license team to drive several large license deals in the sector. Forged partnerships with several key SI's to offer a complete services solution for customers.

### Consulting Sales Senior Director, Managed Services

Jun 2007 - Jun 2009 · 2 years 1 month

San Francisco Bay Area

Architected business value proposition, built key execuitive IT relationships and led sale of largest global Oracle Managed Services deals for enterprise companies Alcoa, Vale, Office Depot. Combined bookings value of deals over $75M. Pioneered full lifecycle managed services offering for Oracle Consulting services.

### Consulting Portfolio Senior Director

Jun 2005 - Jun 2007 · 2 years 1 month

San Francisco Bay Area

Managed consulting delivery and P&L across several hi-tech accounts. Grew services business from a few 100K per year to several million per year at several accounts including Apple and Cisco.

### Consulting Delivery Director

Jun 2002 - Jun 2005 · 3 years 1 month

San Francisco Bay Area





### Program Manager, Product Development, Oracle McKinsey JV -CORA

Jun 2000 - Jun 2002 · 2 years 1 month

San Francisco Bay Area

Program Manager Product Development at Oracle-McKinsey Joint Venture to develop advanced procurement software. Managed release 1.0 of product in the US and then led transition offshore for product development organization. Pioneered setup of Oracle North America's offshore consulting organization in India.

### Project Technical Manager

Jun 1999 - Jun 2000 · 1 year 1 month

San Francisco Bay Area

Delivered various projects as middleware architect, project manager and lead developer on various custom development projects. Part of team pioneering development of Oracle's Architecture and Blueprint methodology and supporting industry specific intellectual collateral to deliver transformational roadmaps for Oracle customers.

### Delivery Consultant - Various Projects

Jan 1997 - Jun 1999 · 2 years 6 months

San Francisco Bay Area

Delivered various projects as tech lead and lead developer on various custom development projects for consulting.

## Languages

**English**

-

**Hindi**

-

## More activity by Gunja







they found themselves with a lot of work to do. Not only did they have to split off from their previous owners, but they also required a full digital transformation of people, process, and technology focused on their customer needs.

**Damon Venger spearheaded this massive digital transformation project to success.**

As a result, Compucom in August was

In order to achieve the business results we expected, our Digital Transformation initiatives followed a customer-centric approach across people...

Liked by Gunja Gargeshwari



Our partnership with Amazon Web Services (AWS) has been instrumental in supporting our GenAI journey. During our recent meeting with AWS...

Liked by Gunja Gargeshwari





Have you tried https://storist.me/ yet? We will be using this platform to quickly digest an amazing book to discuss among an international audience....

Liked by Gunja Gargeshwari



AI has a trust problem. According to Pew Research Center, most Americans who have heard of AI don't trust companies to use it responsibly and say...

Liked by Gunja Gargeshwari







For those seeking a great Enterprise AE opportunity this maybe a great fit for you. Aaron is a true pro seeking talented persons with SaaS experience.

Liked by Gunja Gargeshwari

I had a great time reflecting on my personal journey with Aspire on their podcast series, #CFOTalks - happy to share that my episode is...

Liked by Gunja Gargeshwari





**Fantastic listen for everyone interested to learn what happens on the inside of angel groups and the minds of angel investors….thank you…**

Liked by Gunja Gargeshwari

**Super excited to announce that I'm the latest tribe member at @Yellow.ai, the World's 1st Enterprise-Grade Conversational AI Platform**

Liked by Gunja Gargeshwari





**Get Ready to Uncover the Secrets of Web Data Scraping at Bright Data's Mega Virtual Event This is for each and everyone who is anyways responsible...**

Liked by Gunja Gargeshwari



**Let's demystify LLM serving on GPUs! Here we did a thorough analysis of latency/throughput tradeoffs, time to first tok, relationship to model size...**

Liked by Gunja Gargeshwari





## Happy birthday 🎉 Freshworks !

Liked by Gunja Gargeshwari

---

## View Gunja's full profile

- See who you know in common
- Get introduced
- Contact Gunja directly

[ Join to view full profile ]



AdChoices ▷

📍 Walnut Creek, CA                          yelp ✦

**LRG Homes Louie Realty Group – Compass**

⭐⭐⭐⭐⭐  23 Reviews
Real Estate Agents                    [ Get Pricing ]





**Henry Langer**

Director of Key Accounts at Bright Data

New York, NY



### Yair Ida

VP of SaaS Sales | Enterprise Growth at Bright Data

Israel



### Hadar Danino Zimring

Strategic Program & Operations Executive | Multi-Disciplinary Experience | Solution & Efficiency Focused

Israel



### Or Lenchner

CEO at Bright Data - Keeping public web data, public.

Netanya



### Tamir Roter

Chief Corporate Development Officer at Bright Data

Israel



### Amit Shankar

Account Manager - INDIA at Brightdata

Delhi, India



### David El Kaim

Enterprise Sales Account Executive France & Benelux

Israel



### Mark Granot







Benjamen Segal

Senior Sales Director @ Bright Data | Driving Business Growth

New York, NY



Michelle Beasley

Data Management Specialist at Google

Oakland, CA



Show more profiles ⌄

 ### Explore collaborative articles

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

**Explore More**

## Add new skills with these courses

 **AWS Certified Solutions Architect - Associate (SAA-C03) Cert Prep: 1 Cloud Services Overview**

 **Google Cloud Professional Cloud Architect Cert Prep: 4 Analyzing and Optimizing Technical and Business Processes**

 **Securing Software as a Service (SaaS)**

See all courses





Include this LinkedIn profile on other websites

 **Gunja Gargeshwari**
Chief Revenue Officer (CRO) Bright Data

 Chief Revenue Officer (CRO) at Bright Data

View profile

Linked **in**

**View profile badges**

Linked**in** © 2023

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

Community Guidelines

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Language ⌄



···

## Jakub Glodek

Presales Leader @ Bright Data

Walnut Creek, California, United States

3K followers · 500+ connections

 See your mutual connections

**Join to view profile**

 **Bright Data**

 **University of San Francisco**

 **Company Website** ↗

---

## Activity



**Hey Jakarta CX Friends. I am heading to your town. Feel free to ping me and maybe we can catch up. Always love to catch familiar faces and meet new…**

Liked by Jakub Glodek



Do you want to hear the full story of how I took Zendesk to market in Brazil? It all started with a Salesforce report... Comment of you want to...

Liked by Jakub Glodek



Hey folks! We are thrilled to spotlight SnapCall is at the heart of the video support surge in customer service! 🚀 With 94% of folks loving video...

Liked by Jakub Glodek

⬭ **Join now to see all activity**

---

Experience



## Global Head of Presales
### Bright Data

Jun 2023 - Present5 months

Walnut Creek, California, United States



# Zendesk

11 years 10 months

### Sr. Director, Solutions Consulting, Emerging Technologies
Jun 2021 - Jun 20232 years 1 month

Walnut Creek, California, United States

Responsible for the development and management of the Solutions Consulting organization and strategy for acquired products and strategic initiatives. Currently supporting Zendesk AI/ML and Sunshine Conversations.

### Director, Solutions Consulting, Emerging Products
Jan 2020 - May 20211 year 5 months

San Francisco Bay Area

Responsible for the development and management of the Solutions Consulting organization and strategy for acquired products and strategic initiatives. Currently supporting Sunshine Conversations and Sell.

### Principal Solutions Consultant, Zendesk Sell
Jan 2019 - Dec 20191 year

San Francisco Bay Area

Responsible for all things technical in the Zendesk Sell sales cycle.

## Senior Product Enablement Manager, Zendesk Chat

Apr 2017 - Dec 2018 1 year 9 months

San Francisco Bay Area

Focusing on supporting Sales, Product, and Operations of the Zendesk Chat product.

## Senior Solution Consultant

Oct 2012 - Mar 2017 4 years 6 months

San Francisco Bay Area

As a Solution Consultant for Zendesk, I am responsible for all technical, solution, and competitive aspects of the Zendesk sales cycle. I focus on making sure that Zendesk fits into an organization and that the technical aspects of the product, to include APIs, integrations, and customizations, are all properly understood by the customer. I regularly sell to Enterprise and Mid Market executives and assist them in convincing C-level and director level executives of the technical merits of...

Show more ⌄

## Customer Advocate, Level 2

Sep 2011 - Sep 2012 1 year 1 month

San Francisco Bay Area

Provide exceptional customer service to advance issues of Zendesk, a cloud-based ticketing solution.

• Responsible for troubleshooting and solving issues that are elevated to the second level of support.

• Provide support to Strategic Accounts by being the go to person for issues with our top customers.

• Develop and provide training for all new employees in the administration of Zendesk.

• Document troubleshooting steps and provide replication techniques for...

Show more ⌄


## IT Support Engineer
Murphy, McKay & Associates

Jun 2008 - Sep 2011 · 3 years 4 months

Lafayette, CA


## Communications Specialist
US Army

Jan 2001 - Jan 2009 · 8 years 1 month


## Patient Care Assistant
University of California, San Francisco

Jan 2003 - Jun 2008 · 5 years 6 months

Education



# University of San Francisco

Bachelor of ArtsPolitics, Minor in Legal Studies

2005 - 2007

Activities and Societies: Army ROTC, McCarthy Center



# City College of San Francisco

AATransfer Studies

2003 - 2005

---

## Licenses & Certifications



# Zendesk Accelerate Leadership Program 2020-2021

## UC Berkeley Executive Education

Issued Mar 2021

Credential ID 30185919

## See credential ↗

---

## Languages

## Polish

Native or bilingual proficiency

## English

Native or bilingual proficiency

---

Jakub Głodek | LinkedIn: Head of Presales, Data Platform Tech

## Organizations

### Polish Club, Inc.
Vice President, Board Member

2003 - Present

### St. Stanislaus Benevolent Society, Inc.
Secretary

2003 - Present

---

## Recommendations received

 **Dustin Laun**
"Jakub is one the most top notch technology strategist I've worked with. We had the great opportunity to help bring Zendesk into the Federal government. Jakub's knowledge of the industry and product immediately let me know I had a trusted advisor and was making the right choice. He really knows how to represent his company and industry. On top of it all, Jakub is just a wonderful human and I'm happy to call him a friend. Anyone would be fortunate to have Jakub on their team and would highly benefit from a conversation. "

 **Christina Trifero**
"Jakub continued to impress me with his wide range of knowledge about the product, and willingness to help clients and think outside the box. He was responsive to my requests, which was so helpful when things were often moving very quickly. I enjoyed his team spirit and his passion for the product made it easy to pair up with him and help educate clients on Zendesk. "

12 people have recommended Jakub

[ **Join now to view** ]

---

Case 3:23-cv-03698-WHA Document 30-3 Filed 11/14/23 Page 23 of 38

## More activity by Jakub



Intrigue filled the chef's tables at dinner last week at GIRL & THE GOAT CHICAGO, and the excitement from the #ZendeskShowcase was palpable. Great…

Liked by Jakub Glodek



We're proud of Vince Mahan's efforts serving as Lead Quality Assurance Engineer for Chorus! In fact, mabl tapped Vince to speak about "Unleashing…

Liked by Jakub Glodek

10/31/23, 10:35 AM
Case 3:23-cv-03698-WHA Document 36-3 Filed 11/14/23 Page 24 of 38
Jakub Glodek | LinkedIn Head of Presales... by AI & Data... Page 2



Go big. Or go home.

Liked by Jakub Glodek



Years ago, I would sit in the audience of events like Technori, Saastr and Growth Hackers summits, wide-eyed and soaking in every word from tech and...

Liked by Jakub Glodek



Case 3:23-cv-03698-WHA Document 30-3 Filed 11/14/23 Page 25 of 38

Black Friday is coming, and it's expected to be busier than ever. **Last year, nearly 90 million people shopped**...

Liked by Jakub Glodek



Transform your customer support experience with SnapCall! Dive into a world where issues are visualized, understood, and resolved effortlessly...

Liked by Jakub Glodek



Bad demo: - This is our product  - This is how it works - This is why you should buy it Good demo: - This is your problem - These are the...

Liked by Jakub Glodek



Join Zendesk at Ada Interact in San Francisco on Nov. 14 and 15! Hear from Vice President of Customer Experience, Strategy and Innovation Shawn...

Liked by Jakub Glodek



I'm excited to share that I've been promoted to COO at Digital Diagnostics! Early in my career I got the great advice to look around me and pay...

Liked by Jakub Glodek



Xebia's presence and expansion in the Americas is a top strategic priority, and Hemant Ramnani – well-known sales & technology executive – will now...

Liked by Jakub Glodek



今回の発表は驚きの発表の連続でした。会場にお集まりいただいた600名以上の皆様の中でも、Zendeskユーザーの方々から「やめようかと思っていたけど新しい未来を見た」「もっと使ってみようと思った」という、Zendesk起死回生の評価をいただきました。Zendeskがいかに日本市場を重視しているかをお...

Liked by Jakub Glodek

---

## View Jakub's full profile

🔗 See who you know in common

🔲 Get introduced

👥 Contact Jakub directly

**Join to view full profile**





# Ilya Link

Data Quality Engineer at Brightdata

San Francisco Bay Area

1K followers 500+ connections

 **See your mutual connections**

**Join to view profile**

 **Bright Data**

 **同济大学**

---

## About

I am a multilingual professional with experience in language proficiency, crisis management, and a background in front-end and back-end development as a side hustle. My strong communication and leadership skills, combined with my technical background and experience in project management, make me a valuable addition to any project team. I have successfully delivered

projects in the past and am able to manage teams through challenging situations.

---

## Activity



🌍 Hello from the Global Digital Conference in Beijing! Our Bright Data team is here, joining the digital revolution and driving innovation. ⚡...

Liked by Ilya Link

Hello folks! Big change on my end. Recently I decided to move on from Zendesk after almost 12 years of massive growth, both personally and company...

Liked by Ilya Link



Wow! this venture is shaping up nicely. We manage to onboard clients, build marketing departments for them and most importantly, bring results in 3...

Liked by Ilya Link

**Join now to see all activity**

---

## Experience



### Bright Data

4 years 11 months

### Data Quality Engineer

Jan 2023 - Present10 months

Netanya, Center District, Israel

### Technical Expert

Oct 2019 - Jan 20233 years 4 months

Netanya Area, Israel

- Data Expert, covered tech part of the deals

- Managed software development process

## Senior Support Manager

Jun 2019 - Sep 2019·4 months

Netanya, Central, Israel

- Onboarded new support managers

- Worked on work-flow improvements

## Support Manager CN Market

Dec 2018 - May 2019·6 months

Netanya, Central, Israel

I was the first CN-speaking support manager in the team

- Implemented new communication channels

- Improved documentation for CN customers

- Worked on features for current solutions to technically-localize it



## AMULEX

10 months

## Lead Project Manager

Feb 2018 - Aug 2018·7 months

- Leaded team of 13 people (Front/Back-end devs, testers, designer, analyst)

- Implemented agile methodology to development process

- Leaded full product lifecycle

## Project Manager

Nov 2017 - Feb 2018·4 months

- Performed market research
- Worked on products road mapping
- Formulated financial propositions to chief management
- Leaded sales presentations



## Management Intern

Gemsense

Mar 2017 - Oct 20178 months

Haifa Area, Israel

- Market research and analysis, looked for potential investors in the field
- Found and brought to Israel 2 delegations, from China and Taiwan



## Front-End Developer

Bauman Moscow State Technical University

Sep 2013 - Jul 201411 months

---

Education



## 同济大学

Master's degreeControl Theory

2014 - 2017

- Got full government scholarship
- Main thesis topic was "Decentralized System of Interaction between Smart Devices in Smart House"
- Leaded Russian students association, won multiple

students competition
- All classes were in Chinese language only
- Graduated half of a year earlier due to high score accumulated



## Bauman Moscow State Technical University
Master's degreeAutomatic systems of informational management

2010 - 2016

- Main focus of final thesis was "Relative algebra in databases optimization"
- Was a Student Activities committee representative
- Worked in Document Workflow department as Developer
- Initiated Russian-Chinese group on behalf of Association of Sino-Russian Technical Universities

---

Volunteer Experience



## Team Leader
AIESEC

Jul 2012 - Aug 20122 months

Economic Empowerment

A huge international, multicultural project, based in India's poor areas. The project was about bringing the governmental investment focus to poor areas, so low-class people could afford a better life for themselves. I

was a leader of one out of two teams, and my duty was to create new ways of communication between the governmental structures and poor people. We archived our goal, even local newspapers were writing about us. As the result governmental structures brought some workers to area...

Show more ∨



## Coordinator For International Relations

Gici International

Nov 2014 - May 2015 · 7 months

Economic Empowerment

I was using my skills in CN communication and cultural understanding to help foreign clients negotiate with CN import\export company about their projects.

---

Test Scores

## HSK 5 (汉语水平考试)

Score: 284

Apr 2015

---

Languages

## Русский
Native or bilingual proficiency

## English
Full professional proficiency

## 普通话
Full professional proficiency

## עברית
Limited working proficiency

---

## Recommendations received


**Yair Ida**
"Ilya Link is a fantastic person to work with. He consistently demonstrated a solid work ethic supporting Brightdata's customers. "

1 person has recommended Ilya

**Join now to view**

---

## More activity by Ilya



Cynet Security Together We Win - Tenerife 2022 what a BLAST! Never stop Running :) Join the ride... https://lnkd.in/dXrRHhrF Cynet Security George...

Liked by Ilya Link



Whenever I do this at work, I get weird looks. I mean, I get it: I'm 36, a fully grown adult, with a perfectly adequate ergonomic desk chair...

Liked by Ilya Link



January was my last month at Brightdata after almost 7 years. I want to thank everyone for this wonderful and exciting journey. I had the opportunity...

Liked by Ilya Link



Two years ago we started the journey of building a US #team. This is a company-wide effort to #recruit, train #new_employees, provide the...

Liked by Ilya Link



Тестировщики...

Liked by Ilya Link

## View Ilya's full profile

◉ See who you know in common

⧉ Get introduced

👥 Contact Ilya directly

**Join to view full profile**