# EXHIBIT D

Start Free Trial

# Superior California Proxy

Vast numbers of California IPs to get data off any website

Top-rated California proxy network

- ✓ Fastest California IPs
- ✓ City and zip code level targeting
- ✓ #1 award-winning proxy network

Start Free Trial  ❯           Start Free With Google

Free trial offer
Sign up now – no commitment



**Resilient California proxies**, shared by millions of real Californians

Bright Data's California Proxies consist of Residential proxies, Mobile proxies, ISP proxies, and Datacenter Proxy Networks providing versatility of coverage that ensures your ability to unlock any public websites and collect data at scale without facing restrictions by geolocation. Overcome all blocks all of the time in California with the best-performing proxies in the industry: 99.99% network uptime, 99.99% success rates, **unlimited concurrent requests, the fastest speeds and overall #1 award-winning quality of service.**

Start free trial ❯



Start Free Trial

Leverage IPs based in California to extract public web data from California websites, to perform essential business needs like website testing, ad verification, product matching, and pricing comparison. Overcome all blocks in California, all of the time with 24/7 global customer support & a dedicated account manager, with excellent response times. Getting started is easy – Minimum in-house resources needed, and no-hassle integration for first-timers.

Start free trial



## Over 20,000+ businesses are currently using Bright Data proxy service for:

Collecting stock market information

Protecting their brand

Getting eCommerce competitive data

Performing web data extraction

Start free trial

## Why Customers Choose Bright Data California IPs

#1 Performing California Proxy

Start Free Trial

Trusted by 20,000+ businesses

Trusted by 72 million+ peers who share their IPs

## Patented, industry-leading California Proxies

### Any IP Type
Easily switch between Datacenter, ISP, Residential and Mobile networks.

Learn about IP types

### Global Distribution
Need IPs outside California too? Find IPs in every country, city, ASN, and carrier

See IP locations

### Exclusive IPs
Use IPs assigned exclusively for your target websites.

Learn About IP Exclusivity

### Fastest Uptime
99.99% Network Uptime, plus a real-time network status monitor

### Attuned Customer Support
The industry standard in 24/7 support

### Proxy Manager
Speed up your project with a free Proxies Manager



Start free trial ›

# Proxy types for every need

## Residential Proxies

- ✓ 72,000,000+ IPs
- ✓ Available in 195 countries
- ✓ The largest rotating real-peer IP network
- ✓ Access & crawl all sophisticated websites

Residential Proxies ›

## Datacenter Proxies

- ✓ 770,000+ IPs
- ✓ Available in 98 countries
- ✓ Shared and dedicated IP pools available
- ✓ Quick access to non-complex websites

Datacenter Proxies ›

## ISP Proxies

- ✓ 700,000+ IPs
- ✓ Available in 35 countries
- ✓ Real static residential IPs without IP rotation
- ✓ Best for logging into multiple accounts

ISP Proxies ›

## Mobile Proxies

- ✓ 7,000,000+ IPs
- ✓ Available in 195 countries
- ✓ Largest real-peer 3G/4G IP network in the world
- ✓ Verify mobile ads & crawl mobile sites





Start Free Trial

# Ready for you California IPs in minutes?

Start now. It's easy.

Contact sales >

Trustpilot

Accessibility

PRODUCTS
- Datasets
- Web Scraper IDE
- Scraping Browser
- SERP API
- Bright Insights
- Web Unlocker
- Proxy Manager
- Proxy Browser Extension
- Proxy API

PROXY SERVICES
- Residential Proxies
- Mobile Proxies
- ISP Proxies
- Datacenter Proxies
- Proxy Servers
- Proxy IP Locations
- Proxy Solutions

PRICING
- Proxy Network
- Web Scraper IDE
- Scraping Browser
- SERP API
- Datasets

LEARNING CENTER
- Data Documentary
- Iron Analyst
- Web Data Masterclass
- FAQ
- Webinars

PROGRAMS
- Impact Report 2023
- Affiliate Program
- Partners
- SDK
- Security Vulnerabilities

LEGAL
- Patents
- Privacy Policy
- Don't Sell My Personal Info
- Ethical
- Service Agreement

COMPANY
- About
- Blog
- Use Cases
- Support Services
- Bright Data for Enterprise
- Case Studies
- Trust Center
- Testimonials
- Careers
- Career Journeys
- Contact
- Media Center
- Network Status
- Bright VPN
- Bright Initiative

CONTACT US

© Copyright 2023 Bright Data Ltd. | All rights reserved

Bright Data Ltd. (Headquarters), 4 Hamahshev St., Netanya 4250714, Israel (POB 8025)
229 W 36th St., New York, NY 10018, United States.

