# EXHIBIT E

Start Free Trial


DATASETS

# Twitter Datasets

Tap into Twitter public accounts with Bright Data's Twitter dataset. Use innovative filtering capabilities to monitor sentiment, identify trends, or locate the right influencers, it's really up to you.

Request dataset >



Start Free Trial

Forbes   VB   te

## Twitter Datasets

Added and enriched data points on top of the data extracted from Twitter may include:
# of followers, verified, account type, links, bio, brand affiliation, posts, images, tweets, shares, location, hashtags, and much more.



Start Free Trial



## Locate the Right Twitter Influencers

Find Twitter influencers with high social impact by using our Twitter datasets to analyze engagement, brand affiliation, followers, etc. Collaborate with those who can promote your brand most effectively.

Request dataset

## Monitor brand reputation and consumer sentiment

Start Free Trial

Request dataset



Start Free Trial



### Discover new trends and opportunities

Find companies, professionals, new market opportunities, trending products, and what your competitors are doing about it.

Request dataset

### Dataset Features

Get easy to use, well-structured datasets for any use case

Start Free Trial

## Structure maintenance

Datasets are maintained based on website structure changes

## Custom output fields

Define custom output fields to meet specific business requirements

## 24/7 support

We provide assistance to our customers whenever they need it

## Subscription

Data feed of new/updated records, based on a predefined schedule

Start Free Trial

Amazon S3, Google Cloud PubSub, SFTP, and Microsoft Azure.

### Different file output formats

Datasets in the format of JSON, ndJSON, CSV, or Excel

### Dedicated account manager

Management of your data collection by a dedicated account manager

### Data Scaling

Define servers to handle large amount of data requests

### Data quality assurance

Start Free Trial

## We'll provide the data while you focus on the rest



### Easy Discovery

Tap into all data points available on a website, which can be very challenging to discover when collecting yourself.



### Accurate and Complete

Get fresh, precise, and complete datasets, covering millions of pages and tens of millions of data points.

Start Free Trial



### Enriched Data

Increase the value and usability of your dataset by integrating multiple data sources to create a valuable enriched dataset.



### Leaders in Compliance

Bright Data is fully committed to complying with all relevant data protection legal requirements, including GDPR and CCPA.

## Various Formats

Datasets in JSON, ndJSON, CSV, or XLSX will be delivered to your preferred storage.

Delivery methods include: AWS, Google Drive, Google Cloud Storage, SFTP, and more!

Start Free Trial





## Flexible Pricing

Send us your requirements and we'll provide you with a quote for your requested dataset.

- Price starts from $0.001/record



