# EXHIBIT G



**New!** Meet Scraping Browser: Everything you need for Twitter Profile scraping in one automated browser

Playwright/Puppeteer/Selenium compatible

Learn more

Search for website

‹ index    **About**

# Twitter Profile Scraper

Scrape Twitter profiles (public) and collect data such as user name, display name, likes, tweets and retweets, replies, location, Twitter handle, following/followers, URL, date of creation, and more.

Start Free Trial ›

 **New!** Meet Scraping Browser: Everything you need for Twitter Profile scraping in one automated browser
Playwright/Puppeteer/Selenium compatible

Learn more



Use Bright Data's Web Scraper IDE,
or purchase a Twitter dataset



**New!** Meet Scraping Browser: Everything you need for Twitter Profile scraping in one automated browser
Playwright/Puppeteer/Selenium compatible

Learn more >

Scrape Twitter profiles for competitive analysis

Scrape Twitter profiles for influencer marketing

Scrape Twitter profiles for social media marketing

Scrape Twitter profiles for sentiment analysis

## Twitter Profile Scraper Overview

- Easy data scraping for beginners
- All-in-One platform integrates with our industry-leading proxies
- Utilizes proprietary technology to unlock sites
- Infinitely scalable – collect as much data as you need quickly and completely
- Fully compliant with industry best practices and privacy regulations (GDPR, CCPA)

Start Free Trial >

## Output examples



**New!** Meet Scraping Browser: Everything you need for Twitter Profile scraping in one automated browser

Playwright/Puppeteer/Selenium compatible

Learn more

Accessibility

### Twitter profile
Collect profile data by profile URL

### Twitter tweets
Collect tweets by tweet URL

## Twitter profile

**Sample Input**

url

`https://twitter.com/billieeilish`

number_of_tweets

`70`

**Sample Output**

**New!** Meet Scraping Browser: Everything you need for Twitter Profile scraping in one automated browser
Playwright/Puppeteer/Selenium compatible

Learn more

```
        "posts": 43328,
        "media_count": 10778,
        "profile_background_image_url":
   "https:\/\/pbs.twimg.com\/profile_banners\/16573941\/1648216530",
        "profile_image_url":
   "https:\/\/pbs.twimg.com\/profile_images\/1235992718171467776\/PaX2Bz1S_nor
        "created": "Fri Oct 03 04:16:17 +0000 2008",
        "handle": "netflix",
        "collected_number_of_posts": 20,
```

## Twitter tweets

**Sample Input**

url

https://twitter.com/billieeilish/status/1288974168399069185

**Sample Output**



**New!** Meet Scraping Browser: Everything you need for Twitter Profile scraping in one automated browser
Playwright/Puppeteer/Selenium compatible

Learn more

```
            different sectors sharing what skills they have found the most useful when
            working in technology and data ethics.",
        "post_time": "Thu Oct 14 17:00:34 +0000 2021",
        "retweets": 0,
        "comments": 0,
        "likes": 1,
        "status": "Ok"
    }
```

## Twitter keyword or hashtag

**Sample Input**

search

#love

**Sample Output**



**New!** Meet Scraping Browser: Everything you need for Twitter Profile scraping in one automated browser

Playwright/Puppeteer/Selenium compatible

Learn more

```
rel=\u0022nofollow\u0022\u003ETwitter for iPhone\u003C\/a\u003E",
    "in_reply_to_status_id": null,
    "in_reply_to_status_id_str": null,
    "in_reply_to_user_id": null,
    "in_reply_to_user_id_str": null,
    "in_reply_to_screen_name": null,
    "user_id_str": "1414891075982880770",
    "geo": null,
    "coordinates": null,
    "contributors": null,
```

## Web Scraper IDE Features

Leave your scraping limitations behind with our hosted cloud solution

**Pre-made web scraper templates**

Get started quickly and adapt existing code to your specific needs



**New!** Meet Scraping Browser: Everything you need for Twitter Profile scraping in one automated browser
Playwright/Puppeteer/Selenium compatible

Learn more

Accessibility

### Built-in debug tools

Debug what happened in a past crawl to understand what needs fixing in the next version

### Browser scripting in JavaScript

Handle your browser control and parsing codes with simple procedural JavaScript

### Ready-made functions

Capture browser network calls, configure a proxy, extract data from lazy loading UI, and more!

### Easy parser creation



**New!** Meet Scraping Browser: Everything you need for Twitter Profile scraping in one automated browser

Playwright/Puppeteer/Selenium compatible

Learn more

### Auto-scaling infrastructure

You don't need to invest in the hardware or software to manage an enterprise-grade web scraper

### Integration

Emulate a user in any geo-location with built-in fingerprinting, automated retries, CAPTCHA solving, and more.

### Built-in debug tools

Trigger crawls on a schedule or by API, and connect our API to major storage platforms





**New!** Meet Scraping Browser: Everything you need for Twitter Profile scraping in one automated browser
Playwright/Puppeteer/Selenium compatible

Learn more

Everything you need from a web scraping solution

Browse Bright Data's directories

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  ?

Search for website



**New!** Meet Scraping Browser: Everything you need for Twitter Profile scraping in one automated browser
Playwright/Puppeteer/Selenium compatible

Learn more

Start Free Trial

Accessibility

bright data

PRODUCTS

PROXY SERVICES

PRICING

PROGRAMS

LEARNING CENTER

LEGAL

COMPANY

CLOUD PARTNERSHIPS

CUSTOMER EXCELLENCE PARTNERSHIPS

PARTNERSHIPS

Start Free Trial

CONTACT US

**New!** Meet Scraping Browser: Everything you need for Twitter Profile scraping in one automated browser
Playwright/Puppeteer/Selenium compatible

Learn more

229 W 36th St., New York, NY 10018, United States.

Accessibility