# EXHIBIT H



Search for website

‹ index     **About**

# Twitter Image Scraper

Scrape Twitter images and collect data such as user name, Twitter handle, following/followers, location, URL, date of creation, and more.

Start Free Trial ›

Start Free Trial



Use Bright Data's Web Scraper IDE,
or purchase a Twitter dataset

Start Free Trial

## Twitter Image Scraper use cases

Scrape Twitter images for social media monitoring

Scrape Twitter images for brand monitoring

Scrape Twitter images for trend analytics

Scrape Twitter images for sentiment analysis

## Twitter Image Scraper Overview

- ✓ Easy data scraping for beginners
- ✓ All-in-One platform integrates with our industry-leading proxies
- ✓ Utilizes proprietary technology to unlock sites
- ✓ Infinitely scalable – collect as much data as you need quickly and completely
- ✓ Fully compliant with industry best practices and privacy regulations (GDPR, CCPA)

Start Free Trial ›

## Output examples

**Collect profile data by profile URL**

**Twitter tweets**

Collect tweets by tweet URL

**Twitter keyword or hashtag**

Collect tweets by keyword or #hashtag - DEMO

## Twitter keyword or hashtag

**Sample Input**

search

#love

**Sample Output**

```
        "id_str": "1417746521731133443",
        "full_text": "All my heart to this movie🌟🌿❤️ #love #selfcare
    #WEALLHUMAN https:\/\/t.co\/m1lwyJNGF4",
        "truncated": false,
        "source": "\u003Ca
    href=\u0022http:\/\/twitter.com\/download\/iphone\u0022
    rel=\u0022nofollow\u0022\u003ETwitter for iPhone\u003C\/a\u003E",
        "in_reply_to_status_id": null,
        "in_reply_to_status_id_str": null,
        "in_reply_to_user_id": null,
        "in_reply_to_user_id_str": null,
        "in_reply_to_screen_name": null,
        "user_id_str": "1414891075982880770",
        "geo": null,
        "coordinates": null,
        "contributors": null,
```

Accessibility

## Twitter tweets

**Sample Input**

url

https://twitter.com/billieeilish/status/1288974168399069185

**Sample Output**

```
                "1448695234561380352"
            ],
            "post_url":
    "https:\/\/twitter.com\/NYUABetterTech\/status\/1448695234561380352",
            "post_text": "Happening now! Join @NaDomagala, @maria_axente, Dave
    Tarrant, Olivia Gambelin and hear responsible technology professionals from
    different sectors sharing what skills they have found the most useful when
    working in technology and data ethics.",
            "post_time": "Thu Oct 14 17:00:34 +0000 2021",
            "retweets": 0,
            "comments": 0,
            "likes": 1,
            "status": "Ok"
        }
```

## Twitter profile

**Sample Input**

url

https://twitter.com/billieeilish

number_of_tweets

70

**Sample Output**

Start Free Trial

```
        "isVerified": true,
        "bio": "Newton is a very handsome boy.",
        "location": "California, USA",
        "following": 2067,
        "followers": 17192867,
        "website_url": "http:\/\/spotify.link\/NetflixHub",
        "posts": 43328,
        "media_count": 10778,
        "profile_background_image_url":
"https:\/\/pbs.twimg.com\/profile_banners\/16573941\/1648216530",
        "profile_image_url":
"https:\/\/pbs.twimg.com\/profile_images\/1235992718171467776\/PaX2Bz1S_nor
        "created": "Fri Oct 03 04:16:17 +0000 2008",
        "handle": "netflix",
        "collected_number_of_posts": 20,
```

## Web Scraper IDE Features

Leave your scraping limitations behind with our hosted cloud solution

### Pre-made web scraper templates

Get started quickly and adapt existing code to your specific needs

Watch your code as you build it and debug errors in your code quickly

### Built-in debug tools

Debug what happened in a past crawl to understand what needs fixing in the next version

### Browser scripting in JavaScript

Handle your browser control and parsing codes with simple procedural JavaScript

### Ready-made functions

Capture browser network calls, configure a proxy, extract data from lazy loading UI, and more!

### Easy parser creation

Start Free Trial

### Auto-scaling infrastructure

You don't need to invest in the hardware or software to manage an enterprise-grade web scraper

### Integration

Emulate a user in any geo-location with built-in fingerprinting, automated retries, CAPTCHA solving, and more.

### Built-in debug tools

Trigger crawls on a schedule or by API, and connect our API to major storage platforms



Start Free Trial

Everything you need from a web scraping solution

Browse Bright Data's directories

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  ?

Search for website



Start Free Trial

## Want to learn more?

Talk to an expert to discuss your data collection needs and see our platform in action.

Start Free Trial

Accessibility

**bright data**

PRODUCTS

PROXY SERVICES

PRICING

PROGRAMS

LEARNING CENTER

LEGAL

COMPANY

CLOUD PARTNERSHIPS

CUSTOMER EXCELLENCE PARTNERSHIPS

PARTNERSHIPS

Start Free Trial

CONTACT US

