UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> v. <br><br> BRIGHT DATA LTD., <br><br> Defendant. | No. C 23-03698 WHA <br><br> **ORDER DENYING MOTION TO DISMISS AS MOOT** |

Seeing that X Corp. has filed an amended complaint, the hearing on Bright Data Ltd.'s motion to dismiss is **VACATED** and the motion to dismiss is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: November 15, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE