| | |
|---|---|
| David H. Harper *(Pro Hac Vice)* | Colin R. Kass *(Pro Hac Vice)* |
| Jason P. Bloom *(Pro Hac Vice)* | PROSKAUER ROSE LLP |
| HAYNES AND BOONE, LLP | 1001 Pennsylvania Ave., N.W. |
| 2801 N. Harwood Street, | Washington, D.C. 20004 |
| Suite, 2300 | (202) 416-6890 |
| Dallas, Texas 75201 | ckass@proskauer.com |
| (214) 651-5000 | |
| david.harper@haynesboon.com | |
| jason.bloom@haynesboon.com | |
| | |
| Jason T. Lao, SBN 288161 | David A. Munkittrick *(Pro Hac Vice)* |
| Andrea Levenson, SBN 323926 | PROSKAUER ROSE LLP |
| HAYNES AND BOONE, LLP | Eleven Times Square New |
| 600 Anton Boulevard, Suite 700 | York, NY 10036 |
| Costa Mesa, California 92626 | (212) 969-3000 |
| (949) 202-3000 | dmunkittrick@proskauer.com |
| jason.lao@haynesboone.com | |
| andrea.levenson@haynesboone.com | |
| | |
| *Attorneys for Plaintiff X Corp.* | *Attorneys for Defendant Bright Data, Ltd.* |

*Additional Attorneys for Each Party Listed on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X CORP.,<br><br>                    Plaintiff,<br><br>          v.<br><br>BRIGHT DATA LTD.,<br><br>                    Defendant. | Case No. 3:23-cv-03698-WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR BRIGHT DATA'S MOTION TO DISMISS** |

Pursuant to Civil L.R. 6-1 and 7-12, and subject to the Court's approval, Plaintiff X Corp. and Defendant Bright Data Ltd. ("Bright Data") submit this stipulation regarding a briefing schedule for Bright Data's Motion to Dismiss the Amended Complaint.

WHEREAS, on July 26, 2023, X Corp. filed a Complaint asserting claims of Breach of Contract, Tortious Interference with Contract, and Unjust Enrichment;

WHEREAS, on October 25, 2023, Bright Data filed its Motion to Dismiss the Initial Complaint seeking dismissal of X Corp.'s Tortious Interference Claim for lack of personal jurisdiction and failure to state a claim, X Corp.'s Unjust Enrichment Claim for failure to state a claim, and X Corp.'s Breach of Contract Claim to the extent it relied on X Corp. accounts opened by Bright Data employees as the basis for an alleged contract between X and Bright Data.  Dkt. No. 22;

WHEREAS, on November 14, 2023, X Corp. filed its First Amended Complaint adding three new claims: Trespass to Chattels; Unlawful, Unfair or Fraudulent Business Practices; and Misappropriation.  Dkt. No. 36;

WHEREAS, Bright Data's deadline to respond to the First Amended Complaint is currently November 28, 2023 under Fed. R. Civ. P. 15(a)(3);

WHEREAS, Bright Data intends to renew its Motion to Dismiss X Corp.'s Tortious Interference Claim for lack of personal jurisdiction and for failure to state a claim, its Unjust Enrichment Claim for failure to state a claim, and any Breach of Contract claim based on a Bright Data employee account, and will also seek dismissal of X Corp.'s three new claims under Rule 12(b)(6);

THEREFORE, in light of the holidays and X Corp.'s new claims, the parties have met and conferred and agreed, subject to the Court's approval, upon the following briefing schedule for Bright Data's Motion to Dismiss the First Amended Complaint, which does not impact any Court-ordered deadline:

- Bright Data shall file its Motion to Dismiss the First Amended Complaint by December 22, 2023.
- X Corp. shall file its Opposition to Bright Data's Motion to Dismiss the First Amended Complaint, if any, by January 22, 2024.
- Bright Data shall file a Reply in Support of its Motion to Dismiss the First Amended Complaint, if any, by February 12, 2024.

As set forth in the accompanying Declaration of David A. Munkittrick, there have been no other orders granting stipulations for time modifications in the case.

1  **IT IS HEREBY STIPULATED AND AGREED.**

2

3  Dated: November 28, 2023                               Respectfully submitted,

4  /s/ *David Harper*                                    /s/ *Colin Kass*
   David H. Harper*                                      Colin R. Kass*
5  Jason P. Bloom*                                       PROSKAUER ROSE LLP
   HAYNES AND BOONE, LLP                                 1001 Pennsylvania Ave., N.W.
6  2801 N. Harwood Street, Suite, 2300                   Washington, D.C. 20004
   Dallas, Texas 75201                                   (202) 416-6890
7  (214) 651.5000                                        ckass@proskauer.com
   david.harper@haynesboone.com
8  jason.bloom@haynesboone.com                           David A. Munkittrick*
                                                         PROSKAUER ROSE LLP
9  Jason T. Lao                                          Eleven Times Square
10 Andrea Levenson                                       New York, New York 10036
   HAYNES AND BOONE, LLP                                 (212) 969-3000
11 600 Anton Boulevard, Suite 700                        dmunkittrick@proskauer.com
   Costa Mesa, California 92626
12 (949) 202-3000                                        Robert C. Goodman (Bar No. 111554)
   jason.lao@haynesboone.com                             Lauren Kramer Sujeeth (Bar No. 259821)
13 andrea.levenson@haynesboone.com                       ROGERS JOSEPH O'DONNELL, PC
                                                         311 California Street, 10th Floor
14 *Attorneys for Plaintiff X Corp.*                     San Francisco, CA 94104
15 *Admitted *pro hac vice*                              (415) 956-2828
                                                         rgoodman@rjo.com
16                                                       lsujeeth@rjo.com

17
                                                         Sehreen Ladak (Bar No. 307895)
18                                                       PROSKAUER ROSE LLP
                                                         2029 Century Park East, Suite 2400
19                                                       Los Angeles, CA 90067-3010
                                                         (310) 284-5652
20                                                       sladak@proskauer.com

21
                                                         *Attorneys for Defendant Bright Data Ltd.*
22                                                       *Admitted *pro hac vice*

23

24

25

26

27

28

## **CERTIFICATION**

I, Colin R. Kass, am the ECF User whose identification and password are being used to file this Stipulation regarding the Briefing Schedule for Bright Data's Motion to Dismiss the Amended Complaint. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that each other signatory has concurred in this filing.

/s/ *Colin Kass*

3:23-cv-03698-WHA
Page 4

**PURSUANT TO STIPULATION, IT IS ORDERED.**

Dated: _____                    _____

                                                Honorable William H. Alsup
                                                United States District Judge