Colin R. Kass (*pro hac vice*)
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 416-6890
ckass@proskauer.com

Robert C. Goodman (Bar No. 111554)
Lauren Kramer Sujeeth (Bar No. 259821)
ROGERS, JOSEPH, O'DONNELL, PC
311 California Street, 10th Floor
San Francisco, CA 94104
(415) 956-2828
rgoodman@rjo.com
lsujeeth@rjo.com

*Attorneys for Defendant Bright Data Ltd.*
*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X Corp., <br><br> Plaintiff, <br><br> v. <br><br> BRIGHT DATA, LTD. <br><br> Defendant | Case No. 23-cv-03698-WHA <br><br> Judge: Hon. William Alsup |

**BRIGHT DATA'S ADMINISTRATIVE MOTION TO EXCEED THE PAGE LIMIT**

Bright Data respectfully moves for leave to exceed the page limit for its motion to dismiss X's Amended Complaint, ECF 36 (the "Motion"). On November 22, 2023, Bright Data proposed a briefing schedule and page limits to X. X agreed to the briefing schedule, which is subject to the stipulation and propose order filed today. But X did not agree to an extension of pages. Munkittrick Decl. ¶ 4, Ex. 1. Specifically, Bright Data proposed that its opening brief and X's opposition be 35 pages, and Bright Data's reply be 25 pages. *Id.* The additional pages are necessary to fully address the three new counts X added in its Amended Complaint.

Bright Data's motion to dismiss X's original complaint (ECF 22) – focusing on X's tortious interference claim (under Rules 12(b)(2) and 12(b)(6)), unjust enrichment claim (under Rule 12(b)(6)), and a breach of contract claim based on Bright Data employee accounts (under 12(b)(6)) – took the full 25 pages provided under Civil L.R. 7-2(b). Bright Data intends to raise those arguments again in its anticipated motion to dismiss the Amended Complaint, and requests an additional ten pages to address X's three new claims of trespass to chattels; unlawful, unfair or fraudulent business practices (Cal. Bus. & Prof. Code § 17200 et seq.); and misappropriation.

Bright Data's request is reasonable. It equates to little over three pages per new claim, and Bright Data should not be forced to discard substantive arguments and discussion of X's tortious interference, unjust enrichment, and breach of contract claims solely because X chose to add three claims to its Amended Complaint.

The three additional claims are entirely new, each with its own separate elements. Each will require discussion of distinct issues, such as whether an electronic communication to X's servers through public channels can constitute a trespass of physical property or is somehow a misrepresentation or fraud. Bright Data believes the parties and the Court would benefit from full discussion of all these issues, particularly as resolution of these issues will significantly impact the scope of this case and discovery.

For these reasons, Bright Data respectfully requests that it be allowed to submit an opening brief of 35 pages in support of its motion to dismiss X's Amended Complaint, that X be allowed

an opposition brief of 35 pages, and Bright Data a reply of 25 pages.  A proposed Order is submitted herewith.

Dated: November 28, 2023

Respectfully submitted,

/s/ *Colin Kass*
Colin R. Kass*
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 416-6890
ckass@proskauer.com

David A. Munkittrick*
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000
dmunkittrick@proskauer.com

Robert C. Goodman (Bar No. 111554)
Lauren Kramer Sujeeth (Bar No. 259821)
ROGERS JOSEPH O'DONNELL, PC
311 California Street, 10th Floor
San Francisco, CA 94104
(415) 956-2828
rgoodman@rjo.com
lsujeeth@rjo.com

Sehreen Ladak (Bar No. 307895)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
(310) 284-5652
sladak@proskauer.com

*Attorneys for Defendant Bright Data Ltd.*
*Admitted pro hac vice