UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

X CORP.,

            Plaintiff,

v.

BRIGHT DATA, LTD.

            Defendant

Case No. 23-cv-03698-WHA

**DECLARATION OF DAVID A. MUNKITTRICK IN SUPPORT OF BRIGHT DATA'S ADMINISTRATIVE MOTION TO EXCEED THE PAGE LIMIT**

I, David A. Munkittrick, state and declare as follows:

1. I am an attorney at the law firm Proskauer Rose LLP in New York, New York. Proskauer Rose LLP serves as counsel to Defendant Bright Data, Ltd. ("Bright Data").

2. I submit this declaration in support of Bright Data's Administrative Motion to Exceed the Page Limit.

3. I have personal knowledge of the information contained in this Declaration.

4. On Wednesday November 22, 2023, I emailed X Corp.'s counsel at Haynes and Boone, LLP, proposing a briefing schedule and page limits for Bright Data's forthcoming Motion to Dismiss the Amended Complaint. X consented to the schedule but declined to agree to additional pages. Specifically, Bright Data requested, and X rejected, opening and opposing briefs of 35 pages and a reply brief of 25 pages. A true and correct copy of that correspondence is attached as **Exhibit 1**.

5. I declare under penalty of perjury under the laws of the United States that the foregoing is true and accurate to the best of my knowledge and belief.

1    Dated: November 28, 2023        Respectfully submitted,

2                                            /s/ *David A. Munkittrick*

3                                            David A. Munkittrick*
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000
dmunkittrick@proskauer.com

# EXHIBIT 1

| | |
|---|---|
| **From:** | Bloom, Jason |
| **To:** | Munkittrick, David A.; Kass, Colin R |
| **Cc:** | Harper, David H.; Pillifant, Reid; Lao, Jason; Levenson, Andrea |
| **Subject:** | RE: X Corp. v. Bright Data |
| **Date:** | Wednesday, November 22, 2023 4:52:52 PM |

*This email sent by jason.bloom@haynesboone.com originated from outside the Firm.*

David,

We're agreeable to the briefing schedule you propose, but we don't agree to extending the page limits for the briefs. Please feel free to send over a stipulation.

On a separate note, since both parties now have outstanding discovery requests, we think it makes sense to get an agreed protective order on file. We're fine with the Court's standard order, but it's my understanding from our last call that you all may propose some modifications. Could you send those over for our review?

Finally, we'll review and get you comments on the Joint Case Management Statement after Thanksgiving. We have that down as being due on Jan. 18 now.

Thanks,

Jason

**HAYNES BOONE**

**Jason P. Bloom** | Partner
jason.bloom@haynesboone.com | (t) +1 214.651.5655

**From:** Munkittrick, David A. <DMunkittrick@proskauer.com>
**Sent:** Wednesday, November 22, 2023 9:18 AM
**To:** Bloom, Jason <Jason.Bloom@haynesboone.com>; Kass, Colin R <CKass@proskauer.com>
**Cc:** Harper, David H. <David.Harper@haynesboone.com>; Pillifant, Reid <Reid.Pillifant@haynesboone.com>; Lao, Jason <Jason.Lao@haynesboone.com>; Levenson, Andrea <Andrea.Levenson@haynesboone.com>
**Subject:** RE: X Corp. v. Bright Data

**EXTERNAL:** Sent from outside Haynes and Boone, LLP

Jason,

We're touching base regarding our response to X's Amended Complaint – specifically, an extension of our time (and pages) to respond and a briefing schedule for our anticipated motion to dismiss. Given the holidays and the new counts in your amended complaint, we propose an extension of our

deadline to December 22nd, and of pages to 35.  We could give you 30 days to respond (to January 22) and 35 pages, but we're flexible and are happy to work with you on a schedule.  We would ask for 21 days for reply and 25 pages.

Given our deadline is November 28th, we'd appreciate a response before Monday if possible.  If agreed, we can prepare a stipulation and proposed order.

We also wanted to touch base on the case management statement.  We understand we have some more time now, but wanted to see when you expect to turn the draft.

Best,
David

**David Munkittrick**
Partner

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.3226
f  212.969.2900

dmunkittrick@proskauer.com

greenspaces
Please consider the environment before printing this email.

*********************************************************************************
**********************************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
*********************************************************************************
**********************************************************************

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential, may be privileged and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.