UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

X Corp.,

          Plaintiff,

    v.

BRIGHT DATA, LTD.

          Defendant

Case No. 23-cv-03698-WHA

**[Proposed] Order Granting Bright Data's Administrative Motion to Exceed the Page Limit**

**PROPOSED ORDER**

The Court, having considered Defendant Bright Data, Ltd.'s ("Bright Data") Administrative Motion to Exceed the Page Limit, the papers filed in support, and in opposition thereto, and any oral argument with respect thereto,

IT IS HEREBY ORDERED that:

1. Bright Data may submit a memorandum of law not to exceed 35 pages in support of its forthcoming motion to dismiss X's Amended Complaint.

2. X may submit a memorandum of law not to exceed 35 pages in opposition to Bright Data's forthcoming motion to dismiss the Amended Complaint.

3. Bright Data may submit a reply memorandum of law not to exceed 25 pages in support of its motion to dismiss X's Amended Complaint.

SO ORDERED.

DATED: _____

                                            The Hon. William Alsup
                                            United States District Judge