UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

X CORP.,

        Plaintiff,

  v.

BRIGHT DATA LTD.,

        Defendant.

No. C 23-03698 WHA

**ORDER RE BRIEFING SCHEDULE FOR MOTION TO DISMISS AND EXCESS PAGES**

Today — the day of the deadline to respond to X Corp.'s first amended complaint — the parties have filed a request to extend that deadline by almost a month and other deadlines by several weeks (Dkt. No. 39). Bright Data Ltd. also filed a motion for leave to exceed the page limits on all motion to dismiss briefing by ten pages (Dkt. No. 40). These filings should have been made prior to the day of the deadline, especially recognizing that the details were hashed out before the holiday last week (*see* Dkt. No. 40-1 Exh. 1).

Bright Data Ltd.'s motion to dismiss will be due on **DECEMBER 13, AT NOON**.

X Corp.'s opposition will be due on **DECEMBER 27, AT NOON**.

Bright Data Ltd.'s reply will be due on **JANUARY 3, AT NOON**.

The hearing on the motion to dismiss and the initial case management conference will now both take place on **JANUARY 10, AT 8:00 A.M.**

In light of X Corp.'s three new claims, Bright Data Ltd.'s motion for leave to exceed the page limits is **GRANTED**.

The judge is aware of the holiday season, but many people have to work over the holidays, including the judge and his staff, and both sides have armadas of lawyers. Please do not ask for further extensions.

**IT IS SO ORDERED.**

Dated: November 28, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE