**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| X. Corp.,<br><br>           Plaintiff,<br><br>    v.<br><br>BRIGHT DATA LTD.<br><br>           Defendant | Case No. 3:23-CV-03698-WHA<br><br>**[Proposed] Order Granting Bright Data's Motion to Dismiss the Amended Complaint** |

**PROPOSED ORDER**

The Court, having considered Defendant Bright Data, Ltd.'s ("Bright Data") Motion to Dismiss the Amended Complaint, the papers filed in support, and in opposition thereto, and any oral argument with respect thereto,

IT IS HEREBY ORDERED that:

1. Bright Data's Motion to Dismiss the Amended Complaint is GRANTED.

2. X's Tortious Interference Claim (Count II of the Amended Complaint, ECF 36) is DISMISSED pursuant to Rule 12(b)(2) for lack of personal jurisdiction.

3. X's Unjust Enrichment Claim (Count III of the Amended Complaint, ECF 36) is DISMISSED pursuant to Rule 12(b)(2) for lack of personal jurisdiction.

4. X's Trespass to Chattels Claim (Count IV of the Amended Complaint, ECF 36) is DISMISSED pursuant to Rule 12(b)(2) for lack of personal jurisdiction.

5. X's Unlawful, Unfair or Fraudulent Business Practices Claim (Cal. Bus. & Prof. Code § 17200 et seq.) (Count V of the Amended Complaint, ECF 36) is DISMISSED pursuant to Rule 12(b)(2) for lack of personal jurisdiction.

6. X's Misappropriation Claim (Count VI of the Amended Complaint, ECF 36) is DISMISSED pursuant to Rule 12(b)(2) for lack of personal jurisdiction.

7. X's Tortious Interference Claim (Count II of the Amended Complaint, ECF 36) is DISMISSED pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

8. X's Unjust Enrichment Claim (Count III of the Amended Complaint, ECF 36) is DISMISSED pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

9. X's Trespass to Chattels Claim (Count IV of the Amended Complaint, ECF 36) is DISMISSED pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

10. X's Unlawful, Unfair or Fraudulent Business Practices Claim (Cal. Bus. & Prof. Code § 17200 et seq.) (Count V of the Amended Complaint, ECF 36) is DISMISSED pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

11. X's Misappropriation Claim (Count VI of the Amended Complaint, ECF 36) is DISMISSED pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

12. X's Breach of Contract Claims based on individuals' X user accounts listed in paragraphs 36 and 37 of the Complaint (Count I of the Amended Complaint, ECF 36) are DISMISSED pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

SO ORDERED.

DATED: _____

_____
The Hon. William Alsup
United States District Judge