UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

X Corp.,

                Plaintiff,

      v.

BRIGHT DATA LTD.,

                Defendant.

Case No. 3:23-cv-03698-WHA

**[PROPOSED] ORDER GRANTING BRIGHT DATA'S MOTION TO STAY DISCOVERY**

## PROPOSED ORDER

The Court, having considered Defendant Bright Data, Ltd.'s ("Bright Data") Motion to Stay Discovery, the papers filed in support, and in opposition thereto, and any oral argument with respect thereto, IT IS HEREBY ORDERED THAT:

1. Bright Data's Motion to Stay Discovery is GRANTED; and
2. Discovery is stayed pending resolution of Bright Data's Motion to Dismiss the First Amended Complaint, and Bright Data's forthcoming Motion for Summary Judgment.

SO ORDERED.

Dated: _____

                                                _____
                                                Honorable William H. Alsup
                                                United States District Judge