DAVID H. HARPER*
david.harper@haynesboon.com
JASON P. BLOOM*
jason.bloom@haynesboone.com
**HAYNES AND BOONE, LLP**
2801 N. Harwood Street
Suite 2300
Dallas, Texas 75201
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
*Admitted Pro Hac Vice*

JASON T. LAO, SBN 288161
jason.lao@haynesboone.com
ANDREA LEVENSON, SBN 323926
andrea.levenson@haynesboone.com
**HAYNES AND BOONE, LLP**
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
Telephone: (949) 202-3000
Facsimile: (949) 202-3001

*Attorneys for Plaintiff*
*X Corp.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRIGHT DATA LTD., an Israeli corporation,<br><br>Defendant. | Case No. 3:23-cv-03698-WHA<br><br>**X-CORP.'S RESPONSE TO BRIGHT DATA'S STATEMENT OF RECENT AUTHORITY**<br><br>Date:   January 10, 2024<br>Time:  8:00 a.m.<br>Ctrm:   12 |

Plaintiff X Corp. submits this Response to Bright Data's Statement of Recent Authority (the "Statement") (Dkt. 52) concerning the Ninth Circuit's recent decision in *Doe v. WebGroup Czech Republic, A.S.*, 2024 WL 16828 (9th Cir. Jan. 2, 2024). Contrary to Bright Data's claims, *Doe* has direct application to this case and further shows why Bright Data is subject to personal jurisdiction in this state and district.

The *Doe* court looked to Rule 4(k) as an initial basis for jurisdiction, because the case involved federal claims and the parties agreed no state could exercise jurisdiction—apparently because the defendant's conduct did not target any particular state. But the minimum contacts test the court applied was the same as that used in *Shopify* and similar cases. The only difference is that the court looked to contacts with the U.S. as a whole rather than with just California.

Applying this minimum contacts test, the *Doe* court found that the defendant's use of U.S.-based services to improve the viewing experience for U.S.-based users was sufficient to constitute express aiming at the U.S. market, even when defendant maintained no business offices and conducted no business inside the United States. *Doe*, 2024 WL 16828 at *7 (defendants "have differentially targeted U.S. visitors in a way that … constitutes express aiming at the U.S. market"). Here, Bright Data has done much more to aim at this forum than the defendant did in *Doe*. Bright Data not only advertised and marketed its IP proxies to California residents specifically, it has also established a physical presence in this District to sell its products to California residents.

The *Doe* court also rejected defendants' assertion that, because it aimed at other fora as well, it was not subject to jurisdiction in the United States. *Id*. at *8 ("the existence of other advertising specifically directed at other markets did 'not alter the jurisdictional effect of marketing targeted specifically at … the relevant forum'"). Bright Data advances a similar argument—because it targets several U.S. states, it is not subject to jurisdiction in any of them. That argument should be rejected here too.

| | |
|---|---|
| Dated: January 9, 2024 | Respectfully submitted, |
| | **HAYNES AND BOONE LLP** |
| | By: /s/Jason T. Lao |
| | David H. Harper* |
| | david.harper@haynesboone.com |
| | Jason P. Bloom* |
| | jason.bloom@haynesboone.com |
| | 2801 N. Harwood Street |
| | Suite 2300 |
| | Dallas, Texas 75201 |
| | Telephone: (214) 651.5000 |
| | Telecopier: (214) 651.5940 |
| | *Admitted Pro Hac Vice* |
| | |
| | Jason T. Lao |
| | jason.lao@haynesboone.com |
| | Andrea Levenson |
| | andrea.levenson@haynesboone.com |
| | 600 Anton Boulevard, Suite 700 |
| | Costa Mesa, California 92626 |
| | Telephone: (949) 202-3000 |
| | Facsimile: (949) 202-3001 |
| | |
| | *Attorneys for Plaintiff X Corp.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, a true and correct copy of the foregoing document was served by filing the same via the Court's CM/ECF system, which will provide notice of the filing of same to all counsel of record.

Date: January 9, 2024         /s/Jason T. Lao
                              Jason T. Lao