UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

X CORP.,

         Plaintiff,

v.

BRIGHT DATA LTD.,

         Defendant.

No. C 23-03698 WHA

**ORDER RE HEARING TOMORROW**

At the hearing tomorrow, the parties should be prepared to address the potential for further briefing on copyright preemption. *See, e.g.*, *Craigslist Inc. v. 3Taps Inc.*, 942 F. Supp. 2d 962, 976–77 (N.D. Cal. 2013) (Judge Charles R. Breyer); *see also Genius Media Grp. Inc. v. Google LLC*, No. C 19-07279 MKB, 2020 WL 5553639 (E.D.N.Y. Aug. 10, 2020), *aff'd sub nom. ML Genius Holdings LLC v. Google LLC*, No. 20-3113, 2022 WL 710744 (2d Cir. Mar. 10, 2022), *cert. denied*, 143 S. Ct. 2658 (2023).

**IT IS SO ORDERED.**

Dated: January 9, 2024.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE