UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

X. Corp.,

                Plaintiff,

v.

BRIGHT DATA LTD.

                Defendant

Case No. 3:23-CV-03698-WHA

**[Proposed] Order Granting Bright Data's Motion for Summary Judgement on X's Browser-Wrap Claim (Count One)**

## **PROPOSED ORDER**

The Court, having considered Defendant Bright Data, Ltd.'s ("Bright Data") Motion for Summary Judgement on X's Browser-Wrap Claim (Count One), the papers filed in support, and in opposition thereto, and any oral argument with respect thereto,

IT IS HEREBY ORDERED that:

1. Bright Data's Motion for Summary Judgement on X's Brower-Wrap Claim (Count One) is GRANTED; and

2. Partial Summary Judgment is entered in favor of Bright Data on Count I of the Complaint to the extent Count I involves conduct after September 26, 2023.

SO ORDERED.

DATED: _____

                                                The Hon. William Alsup
                                                United States District Judge

*Proposed Order Granting Bright Data's Motion for Summary Judgement on X's Browser-Wrap Claim (Count One)*
3:23-cv-03698-WHA

Page 1