DAVID H. HARPER (*Pro Hac Vice*)
david.harper@haynesboone.com
JASON P. BLOOM (*Pro Hac Vice*)
jason.bloom@haynesboone.com
**HAYNES AND BOONE, LLP**
2801 N Harwood St., Suite 2300
Dallas, Texas 75201
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

JASON T. LAO, SBN 288161
jason.lao@haynesboone.com
ANDREA LEVENSON, SBN 323926
andrea.levenson@haynesboone.com
**HAYNES AND BOONE, LLP**
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
Telephone: (949) 202-3000
Facsimile: (949) 202-3001

*Attorneys for Plaintiff*
*X Corp.*

Colin R. Kass (*pro hac vice*)
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 416-6890
ckass@proskauer.com

David A. Munkittrick (*pro hac vice*)
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000
dmunkittrick@proskauer.com

*Attorneys for Bright Data Ltd*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRIGHT DATA LTD., an Israeli corporation,<br><br>Defendant. | Case No. 3:23-cv-03698-WHA<br><br>**JOINT STIPULATION EXTENDING BRIEFING SCHEDULE FOR DEFENDANT BRIGHT DATA LTD.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   March 14, 2024<br>Time:  8:00 a.m.<br>Ctrm:  12, 19th Floor<br><br>Hon. William Alsup |

Pursuant to Local Rule 7-12, Plaintiff X Corp. and Defendant Bright Data Ltd. ("Bright Data") hereby submit this joint stipulation regarding the briefing schedule for Bright Data's pending motion for summary judgment (the "Motion" [Dkt. 62]).

WHEREAS, on January 17, 2024, Bright Data filed its Motion (Dkt. 62), which noticed a hearing on March 14, 2024;

WHEREAS, the current deadline for X Corp.'s Opposition to the Motion is January 31, 2024, and current deadline for Bright Data's Reply is February 7, 2024;

WHEREAS, the briefing schedule in connection with the Motion has not previously been extended, and X Corp. has not filed its Opposition to the Motion;

WHEREAS, the parties have met and conferred, and agree that in light of X Corp.'s belief that additional time is needed to respond to Bright Data's Motion, and the fact that a modest expansion of the briefing schedule will not impact the noticed hearing date for the Motion.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

1. The deadline for X Corp.'s opposition to the Motion shall be February 7, 2024;

2. The deadline for Bright Data's reply in support of the Motion shall be February 21, 2024;

3. The hearing on the Motion, scheduled for March 14, 2024, shall remain on calendar.

Dated: January 24, 2024                    Respectfully submitted,

**HAYNES AND BOONE, LLP**

By: /s/Jason T. Lao
David H. Harper (*Pro Hac Vice*)
david.harper@haynesboone.com
Jason P. Bloom (*Pro Hac Vice*)
jason.bloom@haynesboone.com
2801 N. Harwood St., Suite 2300
Dallas, Texas 75201
Telephone: (214) 651.5000

Jason T. Lao
jason.lao@haynesboone.com
Andrea Levenson
andrea.levenson@haynesboone.com
600 Anton Boulevard, Suite 700

Costa Mesa, California 92626
Telephone: (949) 202-3000

*Attorneys for Plaintiff X Corp.*

**PROSKAUER ROSE LLP**

By: /s/David A. Munkittrick
Colin R. Kass (*pro hac vice*)
Proskauer Rose LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 416-6890
ckass@proskauer.com

David A. Munkittrick *(pro hac vice)*
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000
dmunkittrick@proskauer.com

*Attorneys for Defendant Bright Data Ltd.*

## **CERTIFICATION**

I, Jason T. Lao, am the ECF User whose identification and password are being used to file this JOINT STIPULATION EXTENDING BRIEFING SCHEDULE FOR DEFENDANT BRIGHT DATA LTD.'S MOTION FOR SUMMARY JUDGMENT.  In compliance with Civil L.R. 5-1(h)(3), I hereby attest that each other signatory has concurred in this filing.

Date:  January 24, 2024                                        */s/Jason T. Lao*
                                                                              Jason T. Lao

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day, a true and correct copy of the foregoing document was served by filing the same via the Court's CM/ECF system, which will provide notice of the filing of same to all counsel of record.

Date:  January 24, 2024                    /s/Jason T. Lao
                                            Jason T. Lao