1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BRIGHT DATA LTD., an Israeli corporation,<br><br>　　　　Defendant. | Case No. 3:23-cv-03698-WHA<br><br>**(PROPOSED) ORDER GRANTING JOINT STIPULATION EXTENDING BRIEFING SCHEDULE FOR DEFENDANT BRIGHT DATA LTD.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　March 14, 2024<br>Time:　8:00 a.m.<br>Ctrm:　12, 19th Floor<br><br>Hon. William Alsup |

Pursuant to Plaintiff X Corp. ("X Corp.") and Defendant Bright Data Ltd. ("Bright Data") Stipulation to Extend the Briefing Schedule of Bright Data's Motion for Summary Judgment, it is hereby ordered that:

1. The deadline for X Corp.'s opposition to the Motion shall be February 7, 2024;
2. The deadline for Bright Data's reply in support of the Motion shall be February 21, 2024;
3. The hearing on the Motion, scheduled for March 14, 2024, shall remain on calendar.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                William Alsup
                                                UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day, a true and correct copy of the foregoing document was served by filing the same via the Court's CM/ECF system, which will provide notice of the filing of same to all counsel of record.

Date:  January 24, 2024                              /s/*Jason T. Lao*
                                                     Jason T. Lao