# ATTACHMENT 1

# Happening now

## Join today.





Sign up with Apple

or

**Create account**

By signing up, you agree to the **Terms of Service** and **Privacy Policy**, including **Cookie Use.**

### Already have an account?

Sign in

# ATTACHMENT 2

✕ Step 1 of 5

# Create your account

Name

Phone

Use email instead

**Date of birth**

This will not be shown publicly. Confirm your own age, even if this account is for a business, a pet, or something else.

Month ⌄ | Day ⌄ | Year ⌄

Next

# ATTACHMENT 3

Case 3:23-cv-03698-WHA    Document 69-2    Filed 02/07/24    Page 6 of 12

← Step 2 of 5

# Customize your experience

## Track where you see X content across the web

X uses this data to personalize your experience. This web browsing history will never be stored with your name, email, or phone number.

By signing up, you agree to our Terms, Privacy Policy, and Cookie Use. X may use your contact information, including your email address and phone number for purposes outlined in our Privacy Policy. Learn more

Next

# ATTACHMENT 4

← Step 3 of 5

# Create your account

Name

Phone

Date of birth

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use. X may use your contact information, including your email address and phone number for purposes outlined in our Privacy Policy, like keeping your account secure and personalizing our services, including ads. Learn more. Others will be able to find you by email or phone number, when provided, unless you choose otherwise here.

Sign up

# ATTACHMENT 5

## Verify phone

We'll text your verification code to 00000000. Standard SMS fees may apply.

OK

Edit

# ATTACHMENT 6

1/29/24, 11:27 AM
Sign up for X
Case 3:23-cv-03698-WHA   Document 69-2   Filed 02/07/24   Page 12 of 12

**Step 5 of 5**

# You'll need a password

Make sure it's 8 characters or more.



Password

Next