# Exhibit B

DAVID H. HARPER (*Pro Hac Vice*)
david.harper@haynesboone.com
JASON P. BLOOM (*Pro Hac Vice*)
jason.bloom@haynesboone.com
**HAYNES AND BOONE, LLP**
2801 N Harwood St., Suite 2300
Dallas, Texas 75201
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

JASON T. LAO, SBN 288161
jason.lao@haynesboone.com
ANDREA LEVENSON, SBN 323926
andrea.levenson@haynesboone.com
**HAYNES AND BOONE, LLP**
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
Telephone: (949) 202-3000
Facsimile: (949) 202-3001

*Attorneys for Plaintiff
X Corp.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRIGHT DATA LTD., an Israeli corporation,<br><br>Defendant. | Case No. 3:23-cv-03698-WHA<br><br>**DECLARATION OF CELESTINE ROSARIO SUSI IN SUPPORT OF X-CORP.'S OPPOSITION TO BRIGHT DATA LTD.'S MOTION FOR SUMMARY JUDGMENT ON X'S BROWSER-WRAP CLAIM**<br><br>Date: March 14, 2024<br>Time: 8:00 a.m.<br>Ctrm: 12, 19th Floor<br><br>Hon. William Alsup |

I, Celestine Rosario Susi, state and declare as follows:

1. I am a member of X Corp.'s Trust and Safety Team. I have worked at X Corp. (formerly Twitter, Inc.) since August 31, 2020. The facts set forth in this declaration are based on my personal knowledge derived from working at X Corp.

2. I have researched X Corp.'s records regarding the status of the following X accounts: @bright_data; @hola_org; @luminatinetwork; and @luminati_proxy, including the account holder email addresses, account creation dates, whether the account has been deactivated or remains live on the X platform and, if the account has ever been deactivated, the deactivation date. The results of my research are shown below:

   a. **Account Handle: @bright_data**

   | | |
   |---|---|
   | Account Holder Email Address: | marketing@luminati.io |
   | Prior Account Email Addresses: | rotemg@luminati.io<br>or@hola.org<br>mohammad@hola.org<br>alon@hola.org |
   | Creation Date: | Feb. 7, 2016 |
   | Deactivation Date: | September 24, 2023 |

   b. **Account Handle: @hola_org**

   | | |
   |---|---|
   | Account Holder Email Addresses: | sysadmin@hola.org |
   | Prior Account Email Addresses: | info@hola.org<br>steve@hola.org |
   | Creation Date: | Jan. 16, 2010 |
   | Deactivation Date: | N/A |

   c. **Account Handle: @luminatinetwork**

   | | |
   |---|---|
   | Account Holder Email Addresses: | philip@luminati.io |
   | Prior Account Email Addresses: | mikedavison73@hotmail.com |
   | Creation Date: | Feb. 29, 2016 |
   | Deactivation Date: | N/A |

   d. **Account Handle: @luminati_proxy**

   | | |
   |---|---|
   | Account Holder Email Addresses: | alon@luminati.io |
   | Prior Account Email Addresses: | N/A |
   | Creation Date: | Jan. 27, 2016 |
   | Initial Deactivation Date: | Feb. 7, 2016 |
   | Reactivation Date: | Feb. 7, 2016 |
   | Subsequent Deactivation Date | N/A |

---

DECLARATION OF CELESTINE ROSARIO SUSI

3.      In order to activate each of the above-referenced accounts, the account holder would have had to register as an X account user and expressly agree to X Corp.'s Terms of Service and Privacy Policy by clicking a button confirming its agreement. With the exception of the @bright_data account referenced above, each of the above accounts remains live on the X platform and is not, as of the date of this declaration, presently deactivated. The @luminati_proxy account was briefly deactivated on February 7, 2016 and then reactivated that same day. The account has not been deactivated since.

Pursuant to 17 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED on this 5th day of February, 2024 in Newark, California.

_____
CELESTINE ROSARIO SUSI