# Exhibit C

DAVID H. HARPER*
david.harper@haynesboone.com
JASON P. BLOOM*
jason.bloom@haynesboone.com
**HAYNES AND BOONE, LLP**
2801 N Harwood St., Suite 2300
Dallas, Texas 75201
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
*Admitted Pro Hac Vice*

JASON T. LAO, SBN 288161
jason.lao@haynesboone.com
ANDREA LEVENSON, SBN 323926
andrea.levenson@haynesboone.com
**HAYNES AND BOONE, LLP**
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
Telephone: (949) 202-3000
Facsimile: (949) 202-3001

REID PILLIFANT*
reid.pillifant@haynesboone.com
**HAYNES AND BOONE, LLP**
98 San Jacinto Blvd., Suite 1500
Austin, TX 78701
Telephone: (512) 867-8400
Facsimile: (512) 867-8470
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff
X Corp.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X CORP., a Nevada corporation, <br><br> Plaintiff, <br><br> vs. <br><br> BRIGHT DATA LTD., an Israeli corporation, <br><br> Defendant. | Case No. 3:23-cv-03698-WHA <br><br> **DECLARATION OF REID PILLIFANT IN SUPPORT OF X-CORP.'S OPPOSITION TO BRIGHT DATA LTD.'S MOTION FOR SUMMARY JUDGMENT ON X'S BROWSER-WRAP CLAIM** <br><br> Date: March 28, 2024 <br> Time: 8:00 a.m. <br> Ctrm: 12, 19th Floor <br><br> Hon. William Alsup |

1

DECLARATION OF REID PILLIFANT

I, Reid Pillifant, state and declare as follows:

1. My name is Reid Pillifant. I am more than 21 years old, and I have never been convicted of a felony or of any crime involving moral turpitude and suffer from no mental or physical disability that would render me incompetent to make this Declaration. I am able to swear, and I hereby do swear, that all of the facts stated in this Declaration are true and correct and are within my personal knowledge.

2. I am a licensed attorney in the State of Texas with the law firm of Haynes and Boone, LLP, which represents X Corp. ("X") in the above-referenced case against Bright Data Ltd. ("Bright Data"). I have been granted pro hac vice admission in this matter.

3. Attachment 1 is a true and correct copy of a screen capture taken on February 6, 2024, from the X website at https://business.twitter.com/en.html.

4. Attachment 2 is a true and correct copy of a screen capture taken on February 6, 2024, of the @hola_orgaccount page from the X website, located at www.x.com/hola_org.

5. Attachment 3 is a true and correct copy of a screen capture taken on February 6, 2024, of the @luminatinetwork account page from the X website, located at www.x.com/luminatinetwork.

6. Attachment 4 is a true and correct copy of a screen capture taken on February 6, 2024, of the @luminati_proxy account page from the X website, located at www.x.com/luminati_proxy.

7. On February 6, 2024, I navigated to the Luminati Networks account page on X and clicked on the link in the account information portion of the page. That link (luminati.io/?cam=twitter) redirected to the page http://brightdata.com.

8. On February 6, 2024, I entered the address http://luminati.io into a web browser and the website redirected to http://brightdata.com.

9. Attachment 5 is a true and correct copy of a screen capture taken on February 6, 2024 from the Bright Data website at https://brightdata.com/luminati, titled "We are Bright. We were Luminati".

10. Attachment 6 is a true and correct copy of a screen capture taken on July 10, 2023 from Bright Data's website at https://brightdata.com/products/datasets/twitter advertising Twitter Datasets for sale.

11. Attachment 7 is a true and correct copy of a screen capture taken on July 10, 2023 from Bright Data's website at https://brightdata.com/products/web-scraper/twitter advertising a product call "Twitter Scraper" for sale.

12. Attachment 8 is a true and correct copy of a screen capture taken on July 10, 2023 from Bright Data's website at https://brightdata.com/products/web-scraper/twitter/profile advertising a product called "Twitter Profile Scraper" for sale.

13. Attachment 9 is a true and correct copy of a screen capture taken on July 10, 2023 from Bright Data's website at https://brightdata.com/products/web-scraper/twitter/image advertising a product called "Twitter Image Scraper" for sale.

14. Attachment 10 is a true and correct copy of a screen capture taken on July 10, 2023 from Bright Data's website at https://brightdata.com/products/web-scraper/twitter/followers advertising a product called "Twitter Followers Scraper" for sale.

15. On November 13, 2024, X Corp. served Requests for Production, Interrogatories, and Requests for Admission on Bright Data. Attachments 11, 12, and 13 are true and correct copies of X Corp.'s Requests.

16. On December 13, 2023, counsel for Bright Data served their Responses and Objections to X Corp.'s First Set of Interrogatories, Requests for Production and Requests for Admissions. Attachments 14, 15, and 16 are true and correct copies of the Responses provided by Bright Data.

17. On February 1, 2024, counsel for Bright Data served their First Supplemental Responses and Objections to X Corp.'s First Set of Interrogatories, Requests for Production and Requests for Admissions. Attachments 17 and 18 are true and correct copies of Bright Data's First Supplemental Responses to X Corp.'s First Set of Requests for Production and Requests for Admission. Because Bright Data designated its Responses to Interrogatories as "Confidential," those are not attached.

18. Bright Data has not, as of the date of this declaration, produced any documents in response to X Corp.'s First Set of Interrogatories, Requests for Production and Requests for Admissions, and no witnesses have been deposed in this matter.

19. I reviewed the motion for summary judgment filed by Bright Data. (Dkt. 62). Based on my review, there is a factual dispute relevant to this Motion relating to, at the very least: (1) the timing and extent of Bright Data's ownership and use of X Corp. accounts, including the account names, activation dates, and deactivation dates, if any; (2) Bright Data's and its executives' knowledge and awareness of X Corp.'s terms at any time; and (3) the methods Bright Data has used at any time to access the X platform and scrape X data.  X Corp. has already propounded discovery on these issues; to date, Bright Data has not produced any documents. X Corp. would suffer substantial harm or prejudice by having to respond to this Motion before a meaningful opportunity for discovery.

Pursuant to 17 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED on this 7th day of February, 2024 in Austin, Texas.

*/s/ Reid Pillifant*
REID PILLIFANT