# Exhibit C

**EXHIBIT C**
**Table of Disputed Protective Order Provisions**

| § | X Corp.'s Proposal | Bright Data's Proposal |
|---|---|---|
| 2.4 | <u>Designated House Counsel</u>: House Counsel who seek access to "HIGHLY CONFIDENTIAL" information in this matter | *[Bright Data's proposal omits this definition]* |
| 7.3(b) | Up to two (2) Designated House Counsel of the Receiving Party (1) who has no involvement in competitive decision-making, (2) to whom disclosure is reasonably necessary for this litigation, (3) who has signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A), and (4) as to whom the procedures set forth in paragraph 7.4(a)(1), below, have been followed; | *[Bright Data's proposal omits this provision]* |
| 7.4(a)(1) | Unless otherwise ordered by the court or agreed to in writing by the Designating Party, a Party that seeks to disclose to Designated House Counsel any information or item that has been designated "HIGHLY CONFIDENTIAL" first must make a written request to the Designating Party that (1) sets forth the full name of the Designated House Counsel and the city and state of his or her residence, and (2) describes the Designated House Counsel's current and reasonably foreseeable future primary job duties and responsibilities in sufficient detail to determine if Designated House Counsel is involved, or may become involved, in any competitive decision-making. | *[Bright Data's proposal omits this provision]* |
| 8(b) | Protected Material designated as "HIGHLY CONFIDENTIAL – SOURCE CODE" shall be subject to all of the protections afforded to "HIGHLY CONFIDENTIAL" information, and may be disclosed only to the individuals to whom "HIGHLY CONFIDENTIAL" information may be disclosed as set forth in Paragraphs 7.3 and 7.4, **with the exception of Designated House Counsel**. | Protected Material designated as "HIGHLY CONFIDENTIAL – SOURCE CODE" shall be subject to all of the protections afforded to "HIGHLY CONFIDENTIAL" information, and may be disclosed only to the individuals to whom "HIGHLY CONFIDENTIAL" information may be disclosed as set forth in Paragraphs 7.3 and 7.4. |