DAVID H. HARPER (*Pro Hac Vice*)
david.harper@haynesboone.com
JASON P. BLOOM (*Pro Hac Vice*)
jason.bloom@haynesboone.com
**HAYNES AND BOONE, LLP**
2801 N Harwood St., Suite 2300
Dallas, Texas 75201
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

JASON T. LAO, SBN 288161
jason.lao@haynesboone.com
ANDREA LEVENSON, SBN 323926
andrea.levenson@haynesboone.com
**HAYNES AND BOONE, LLP**
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
Telephone: (949) 202-3000
Facsimile: (949) 202-3001

*Attorneys for Plaintiff*
*X Corp.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRIGHT DATA LTD., an Israeli corporation,<br><br>Defendant. | Case No. 3:23-cv-03698-WHA<br><br>**X CORP.'S OBJECTIONS TO EVIDENCE SUBMITTED WITH BRIGHT DATA'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   March 28, 2024<br>Time:   8:00 a.m.<br>Ctrm:   12, 19th Floor<br><br>Hon. William Alsup |

Plaintiff X Corp. ("X Corp.") submits the following written objections to Defendant Bright Data Ltd.'s ("Bright Data") evidence submitted with Bright Data's Reply in Support of Its Motion for Summary Judgment (the "Reply").[1]  X Corp. objects to Exhibit 5[2] to Bright Data's Reply as inadmissible hearsay under Rule 802 of the Federal Rules of Evidence.  Exhibit 5 is a letter dated February 13, 2024, from counsel for Bright Data to counsel for X Corp.  The letter is improperly submitted for the truth of the matters asserted therein, including the following:

- Bright Data terminated its X accounts, including @bright_data and @hola_org, as of September 25, 2023;

- Bright Data is no longer using X Corp.'s Services;

- Bright Data does not have access or control over the @luminatinetwork and @luminati_proxy accounts;

- The @luminatinetwork and @luminati_proxy accounts were opened by former employees who are no longer with Bright Data;

- The @luminatinetwork and @luminati_proxy accounts have been unused since 2018 and 2016, respectively;

- Bright Data and X Corp. have no contractual relationship.

All of the above unsworn factual assertions, as well as all other factual assertions in Exhibit 5, are inadmissible hearsay.  X Corp. requests this Court sustain its objection to Exhibit 5 and all factual assertions therein and strike the exhibit from the summary judgment record.

---

[1] Dkt. 70.
[2] Dkt. 70-01.

Dated: February 21, 2024               Respectfully submitted,

                                       **HAYNES AND BOONE, LLP**

                                       By:  /s/Jason T. Lao
                                       David H. Harper (*Pro Hac Vice*)
                                       david.harper@haynesboone.com
                                       Jason P. Bloom (*Pro Hac Vice*)
                                       jason.bloom@haynesboone.com
                                       2801 N. Harwood St., Suite 2300
                                       Dallas, Texas 75201
                                       Telephone: (214) 651.5000

                                       Jason T. Lao
                                       jason.lao@haynesboone.com
                                       Andrea Levenson
                                       andrea.levenson@haynesboone.com
                                       600 Anton Boulevard, Suite 700
                                       Costa Mesa, California 92626
                                       Telephone: (949) 202-3000

                                       *Attorneys for Plaintiff X Corp.*

3
X CORP.'S OBJECTIONS TO EVIDENCE SUBMITTED WITH BRIGHT DATA'S REPLY IN SUPPORT OF
ITS MOTION FOR SUMMARY JUDGMENT

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this day, a true and correct copy of the foregoing document was served by filing the same via the Court's CM/ECF system, which will provide notice of the filing of same to all counsel of record.

Date: February 21, 2024                  */s/Jason T. Lao*
                                                      Jason T. Lao