UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

X. Corp.,

                Plaintiff,

  v.

BRIGHT DATA LTD.

                Defendant

Case No. 3:23-CV-03698-WHA

**[Proposed] Order Granting Bright Data's Motion for Interlocutory Appeal of the Court's Personal Jurisdiction Order**

### PROPOSED ORDER

The Court, having considered Defendant Bright Data, Ltd.'s ("Bright Data") Motion for Interlocutory Appeal of the Court's Personal Jurisdiction Order, the papers filed in support, and in opposition thereto, and any oral argument with respect thereto, and finding good cause to grant the Motion, hereby GRANTS Bright Data's Motion.

The Court finds that its Personal Jurisdiction Order, ECF 67, involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the Order may materially advance the ultimate termination of the litigation.

IT IS HEREBY ORDERED that:

Pursuant to 28 U.S.C. § 1292(b), Bright Data's Motion for Interlocutory Appeal of the Court's Personal Jurisdiction Order is GRANTED.  The Court's Personal Jurisdiction Order, ECF 67, is certified for interlocutory appeal.

SO ORDERED.

DATED: _____

                                          The Hon. William Alsup
                                          United States District Judge

*Proposed Order Granting Bright Data's Motion for Interlocutory Appeal of the Court's Personal Jurisdiction Order*
3:23-cv-03698-WHA

Page 1