Colin R. Kass (*pro hac vice*)
PROSKAUER ROSE LLP
1001 Pennsylvania, Ave., N.W.
Washington, D.C. 20004
(202) 416-6890
ckass@proskauer.com

David A. Munkittrick (*pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000
dmunkittric@proskauer.com

*Attorneys for Defendant Bright Data Ltd.*
*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X CORP.,<br><br>       Plaintiff,<br><br>     v.<br><br>BRIGHT DATA LTD,<br><br>       Defendant. | Case No. 3:23-CV-03698-WHA<br>Hon. William H. Alsup<br>Courtroom 12 – 19th Floor<br>March 28, 2024, 8:00 a.m. |

### BRIGHT DATA'S STATEMENT OF RECENT DECISION

  Bright Data submits this Statement of Recent Decision concerning the Supreme Court's decision yesterday in *Wilkinson v. Garland*, 2024 WL 1160995 (Mar. 19, 2024). (Attached Ex. 1). In opposition to Bright Data's motion for interlocutory appeal, X argues that the interpretation and application of Shopify is not a "question of law," for purposes of Section 1292(b), but rather "a mixed question of law and fact … by itself is not appropriate for permissive interlocutory review." ECF 74 at 3. In *Wilkinson*, however, the Supreme Court held where a statute limited appellate jurisdiction to "questions of law", 8 U.S.C. 1252(a)(2)(D), that "[m]ixed questions of

law and fact, even when they are primarily factual, fall within the statutory definition of 'questions of law.'" 2024 WL 1160995, at *9. *Wilkinson*, therefore, disposes of X's argument.

Dated: March 20, 2024

Respectfully submitted,

/s/ *Colin R. Kass*

Colin R. Kass*
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 416-6890
ckass@proskauer.com

David A. Munkittrick*
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000
dmunkittrick@proskauer.com

Robert C. Goodman (Bar No. 111554)
Lauren Kramer Sujeeth (Bar No. 259821)
ROGERS JOSEPH O'DONNELL, PC
311 California Street, 10th Floor
San Francisco, CA 94104
(415) 956-2828
rgoodman@rjo.com
lsujeeth@rjo.com

Sehreen Ladak (Bar No. 307895)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
(310) 284-5652
sladak@proskauer.com

*Attorneys for Defendant Bright Data Ltd.*
**Admitted pro hac vice*