

*EXHIBIT A*

*X's MISLEADING CROPPING OF BRIGHT DATA'S DISCOVERY RESPONSE*



*X's False Representation About Bright Data's Response to RFP 12*

> **REQUEST NO. 12:**
>
> All Documents and Communications You distributed, published, or made available to current, prospective, or former Customers regarding Data or information obtained from the X Platform.
>
> **Response to Request No. 12:** Subject to and without waiving these objections and its General Objections, Bright Data will conduct a Targeted Search ==for responsive marketing materials== sufficient to describe the features of the Relevant Scraping Services.

*Bright Data's Actual Response to RFP 12:*

> **REQUEST NO. 12:**
>
> All Documents and Communications You distributed, published, or made available to current, prospective, or former Customers regarding Data or information obtained from the X Platform.
>
> **Response to Request No. 12:** Bright Data objects to this Request to the extent it seeks discovery relating to non-California customers (GO 2). Bright Data objects to this request to the extent it seeks information unrelated to the Relevant Scraping Services (GO 4). Bright Data objects to this Request to the extent it seeks information relating to public search mechanics (GO 6). Bright Data objects to this Request to the extent it seeks "all documents and communications," rather than documents sufficient to show, specified information. Subject to and without waiving these objections and its General Objections, Bright Data will conduct a Targeted Search for responsive marketing materials sufficient to describe the features of the Relevant Scraping Services. ==Bright Data will also conduct a Targeted Search of its CRM database for responsive documents relating to California customers who used a Relevant Scraping Service to scrape information hosted on X.==