QUINN EMANUEL URQUHART & SULLIVAN, LLP
Andrew Schapiro (*Pro Hac Vice\**)
*andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone: (312) 705-7400
Fax: 312-705 7401

David Eiseman (Bar No. 114758)
*davideiseman@quinnemanuel.com*
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Fax: 415-875-6700

Stefan Berthelsen (*Pro Hac Vice\**)
*stefanberthelsen@quinnemanuel.com*
51 Madison Ave 22nd floor
New York, NY 10010
Telephone: (212) 849-7014
Fax: 212-849-7100

*Attorneys for Plaintiff*
*X Corp.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>BRIGHT DATA LTD., an Israeli corporation,<br><br>　　　　　Defendant. | Case No. 3:23-cv-03698-WHA<br><br>**NOTICE OF APPEARANCE**<br><br>Action Filed:  July 26, 2023 |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT David Eiseman (Bar No. 114758) of Quinn Emanuel Urquhart & Sullivan, LLP, who is admitted to practice before this Court, enters an appearance as counsel in the above-captioned action on behalf of Plaintiff X Corp. ("X"), and requests that he be electronically notified of all future pleadings, papers, correspondence, and electronic filing notices at davideiseman@quinnemanuel.com. His contact information is:

> David Eiseman (davideiseman@quinnemanuel.com)
> Quinn Emanuel Urquhart & Sullivan, LLP
> 50 California Street, 22nd Floor
> San Francisco, CA 94111
> Telephone: (415) 875-6600
> Facsimile: (415) 875-6700

Dated: June 4, 2024

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
By:   /s/ David Eiseman

Andrew Schapiro (*Pro Hac Vice\**)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone: (312) 705-7400
Fax: 312-705 7401

David Eiseman (Bar No. 114758)
davideiseman@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Fax: 415-875-6700

Stefan Berthelsen (*Pro Hac Vice\**)
stefanberthelsen@quinnemanuel.com
51 Madison Ave 22nd floor
New York, NY 10010
Telephone: (212) 849-7014
Fax: 212-849-7100
*\*Application forthcoming*

*Attorneys for Plaintiff X Corp.*