UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

X Corp.

         Plaintiff(s),

    v.

Bright Data Ltd.

         Defendant(s).

Case No. 3:23-cv-03698-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Andrew Schapiro, an active member in good standing of the bar of Supreme Court of Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: X Corp. in the above-entitled action. My local co-counsel in this case is David Eiseman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 114758.

191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
MY ADDRESS OF RECORD

50 California St #22
San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(312) 705-7400
MY TELEPHONE # OF RECORD

(415) 875-6314
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

andrewschapiro@quinnemanuel.com
MY EMAIL ADDRESS OF RECORD

davideiseman@quinnemanuel.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6209041.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 06/04/2024

Andrew Schapiro

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Andrew Schapiro  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  **June 5, 2024**

UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Andrew Hirsch Schapiro

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 05/08/1992 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 22nd day of May, 2024.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois