1

2

3

4

5

6

7

8

9

10                                   UNITED STATES DISTRICT COURT

11                                 NORTHERN DISTRICT OF CALIFORNIA

12

13   X CORP., a Nevada corporation,              CASE No. 3:23-cv-03698-WHA

14                Plaintiff,                      **[PROPOSED] ORDER GRANTING**
            vs.                                  **PLAINTIFF X CORP.'S**
15                                               **ADMINISTRATIVE MOTION TO FILE**
                                                 **UNDER SEAL PORTIONS OF ITS**
16   BRIGHT DATA LTD., an Israeli                **MOTION FOR LEAVE TO AMEND**
     corporation,                                **COMPLAINT AND EXHIBITS THERETO**
17                Defendant.

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Before the Court is Plaintiff's Administrative Motion to File Under Seal Portions of Its Motion For Leave To Amend Complaint and Exhibits Thereto (the "Motion").  Having considered the Motion, supporting declarations, and other papers on file, and good cause having been found, the Court **ORDERS** the following shall remain under seal:

| Document | Portion Sought to be Sealed | Basis for Sealing |
|---|---|---|
| Plaintiff's Motion for Leave to Amend Complaint | Portions highlighted in blue | Berthelsen Declaration ¶¶ 6, 7. |
| Exhibit A (Proposed Second Amended Complaint) | Portions highlighted in blue | Berthelsen Declaration ¶¶ 6, 7. |
| Exhibit B (Redline between First Amended Complaint and Proposed Second Amended Complaint) | Portions highlighted in blue | Berthelsen Declaration¶¶ 6, 7. |

**IT IS SO ORDERED**.

Dated: _____          _____
                                                             Honorable William H. Alsup
                                                             United States District Court Judge