QUINN EMANUEL URQUHART & SULLIVAN, LLP
Andrew Schapiro (*Pro Hac Vice*)
*andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone: (312) 705-7400

David Eiseman (Bar No. 114758)
davideiseman@quinnemanuel.com
50 California Street 22nd Floor
San Francisco, California 94111-4788
Telephone: 415-875-6600
Fax: 415-875-6700

Stefan Berthelsen (*Pro Hac Vice*)
*stefanberthelsen@quinnemanuel.com*
51 Madison Ave 22nd floor
New York, NY 10010
Telephone: (212) 849-7014

*Attorneys for Plaintiff*
*X Corp.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>BRIGHT DATA LTD., an Israeli corporation,<br><br>　　　　　Defendant. | Case No. 3:23-cv-03698-WHA<br><br>**DECLARATION OF ANDREW H. SCHAPIRO IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** |

I, Andrew H. Schapiro, submit this declaration on behalf of Quinn Emanuel Urquhart & Sullivan, LLP and hereby state under penalty of perjury as follows:

1. I am a partner with the law firm Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), and I am Quinn Emanuel's lead counsel for Plaintiff X Corp. ("Plaintiff" or "X") in this matter.

2. I make this declaration in support of Plaintiff's Motion for Leave to Amend Complaint (the "Motion"), and I have personal knowledge of the information contained herein.

3. Attached as Exhibit A to the Motion is a true and correct copy of Plaintiff's Proposed Second Amended Complaint in this matter, including the exhibits to the Second Amended Complaint, which were also filed as exhibits to the First Amended Complaint.

4. Attached as Exhibit B to the Motion is a true and correct copy of a Redline Between First Amended Complaint and Proposed Second Amended Complaint.

5. I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Executed on June 6, 2024 in Chicago, Illinois.

By: /s/ Andrew H. Schapiro
Andrew H. Schapiro