1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X CORP., a Nevada corporation, | Case No. 3:23-cv-03698-WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING** |
| vs. | **PLAINTIFF X CORP.'S MOTION FOR** |
| BRIGHT DATA LTD., an Israeli corporation, | **LEAVE TO AMEND COMPLAINT** |
| Defendant. | |

1    Before the Court is Plaintiff X Corp.'s Motion for Leave to Amend ("X's Motion") its
2 complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). The Court, having considered the
3 parties' submissions and any oral argument in connection with the Motion, hereby ORDERS as
4 follows:

5    X's Motion is **GRANTED**.  X's filed Second Amended Complaint is adopted as its
6 operative complaint in this action.

8    **IT IS SO ORDERED.**

DATED: _____, 2024

_____
Honorable William H. Alsup
United States District Judge