QUINN EMANUEL URQUHART & SULLIVAN, LLP
Andrew H. Schapiro (*Pro Hac Vice*)
*andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone: (312) 705-7400

David Eiseman (Bar No. 114758)
davideiseman@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: 415-875-6600
Fax: 415-875-6700

Stefan Berthelsen (*Pro Hac Vice*)
*stefanberthelsen@quinnemanuel.com*
51 Madison Ave 22nd floor
New York, NY 10010
Telephone: (212) 849-7014

*Attorneys for Plaintiff*
*X Corp.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation, | CASE No. 3:23-cv-03698-WHA |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| BRIGHT DATA LTD., an Israeli corporation, | |
| Defendant. | |

I, Stefan Berthelsen, declare as follows:

1. I am an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP which represents Plaintiff X Corp. ("Plaintiff" or "X"). I am over the age of eighteen and not a party to this action.

2. On June 6, 2024, I caused the following documents to be served on all counsel of record via electronic mail:

    a. Unredacted, highlighted version of Plaintiff's Motion for Leave to Amend Complaint;
    b. Unredacted, highlighted version of Exhibit A (Proposed Second Amended Complaint); and
    c. Unredacted, highlighted version of Exhibit B (Redline between First Amended Complaint and Proposed Second Amended Complaint).

3. The documents were transmitted via electronic mail to the addresses below, and the electronic mail transmission was reported as complete and without error.

| **Counsel for Bright Data, Ltd.:** | **By email:** |
|---|---|
| Colin Kass | ckass@proskauer.com |
| Robert C. Goodman | rgoodman@rjo.com |
| David Alexander Munkittrick | dmunkittrick@proskauer.com |
| Lauren Beth Kramer Sujeeth | lkramer@rjo.com |
| Sehreen Ladak | sladak@proskauer.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 6, 2024, in Chattanooga, Tennessee.

By  */s/ Stefan Berthelsen*
     Stefan Berthelsen