UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

X. Corp.,

    Plaintiff,

 v.

BRIGHT DATA LTD.

    Defendant

Case No. 3:23-CV-03698-WHA

Hon. William H. Alsup

**PROPOSED ORDER GRANTING**
**BRIGHT DATA'S MOTION TO DISQUALIFY QUINN EMANUEL**

The Court, having considered Defendant Bright Data, Ltd.'s Motion to Disqualify Quinn, Emanuel, Urquhart & Sullivan, LLP ("Quinn"), the papers filed in support, and in opposition thereto, and any oral argument with respect thereto,

IT IS HEREBY ORDERED that:

1. Bright Data's Motion to Disqualify is GRANTED.

2. Quinn is DISQUALIFIED from representing X in this case;

3. All Counsel of Record for Quinn shall file Notices of Withdrawal within 3 days after entry of this Order; and

4. Quinn shall immediately institute procedures to ensure that it does not use or disclose any information relating to its engagement with Bright Data to X; any Quinn attorney or personnel who has worked for X; or any Quinn attorney or personnel who performs any work for X in the future.

SO ORDERED.

DATED: _____

                     The Hon. William Alsup
                     United States District Judge