UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

X CORP.,

        Plaintiff,

v.

BRIGHT DATA LTD.,

        Defendant.

No. C 23-03698 WHA

**ORDER RE RECENT MOTION**

Bright Data's motion to disqualify Quinn Emanuel states on pages six and seven:

> Quinn entered its appearance on June 4, 2023. *See* ECF 84-86. Just two days later, on June 6, 2022, Quinn filed a Motion for Leave to Amend the Complaint, asserting the same claims X had previously asserted.

(Dkt. No. 93 at 6–7).

The judge questions the accuracy of these dates. If these dates are inaccurate, it undermines the integrity of the entire motion. If these dates are inaccurate, they shall be immediately corrected in an errata sheet, and counsel shall advise their own client of the seriousness of this order, and of the errata sheet. Review the entirety of the motion and by this Friday, June 14, 2024, at 12:00 p.m. noon, counsel shall file an errata sheet correcting every single error.

**IT IS SO ORDERED.**

Dated: June 11, 2024.

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE