Colin R. Kass (*pro hac vice*)
PROSKAUER ROSE LLP
1001 Pennsylvania, Ave., N.W.
Washington, D.C. 20004
(202) 416-6890
ckass@proskauer.com

David A. Munkittrick (*pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000
dmunkittrick@proskauer.com

*Attorneys for Defendant Bright Data Ltd.*
*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X Corp., <br><br> Plaintiff, <br><br> v. <br><br> BRIGHT DATA LTD., <br><br> Defendant. | Case No.  23-cv-03698-WHA <br><br> Hon. William H. Alsup <br> Courtroom 12 – 19th Floor <br> July 25, 2024 at 8 a.m. |

**BRIGHT DATA'S NOTICE OF ERRATA TO**
**ITS MOTION TO DISQUALIFY QUINN EMANUEL**

Undersigned Counsel for Bright Data apologizes for the errors in Bright Data's Motion to Disqualify Quinn Emanuel ("Disqualification Motion").  Pursuant to this Court's Order (ECF 94), Bright Data submits the accompanying Errata for the Motion (Ex. 1), as well as a corrected Motion (Ex. 2), and a redline of the original Disqualification Motion versus the corrected Motion (Ex. 3).

The changes to Disqualification Motion are as follows:

| Page:Line[1] | Original Text | Corrected Text. |
|---|---|---|
| i:9 | *Meta Platforms, Inc. v. Bright Data Ltd.*, 23-cv-00077 (N.D. Cal.) | *Meta Platforms, LLC v. Bright Data Ltd.*, 23-cv-00077 (N.D. Cal.) |
| iv:11 | Omission | *hiQ Labs, Inc. v. LinkedIn Corp.*, 639 F.Supp.3d 944 (N.D. Cal. 2022) |
| v:26 | Hazard, et al., *The Law of Lawyering* (4d ed. 2023) | Hazard, et al., *The Law of Lawyering* (4th ed. 2023) |
| 1:11 | "free reign to decide …  | "free rein to decide ... |
| 4:11 | 639 F.Supp.2d 944 (N.D. Cal. 2022). | 639 F.Supp.3d 944 (N.D. Cal. 2022). |
| 4:27 | … which it discussed with Bright Data's general counsel telephonically on or about February 26, 2023. | … which it discussed with Bright Data's general counsel over video conference on or about February 26, 2023. |
| 5:6 | … it "approached the analysis' … | … it "'approached the analysis' … |
| 6:28 | Quinn entered its appearance on June 4, 2023. | Quinn entered its appearance on June 4, 2024. |
| 7:1 | Just two days later, on June 6, 2022, … | Just two days later, on June 6, 2024, … |
| 12:14 | … does not require an exact match between facts and issues in the two cases."). | … does not require an exact match between facts and issues in the two" cases.). |
| 12:24 | ("The words 'subject" … | ("The words 'subject' … |
| 12:27 | In the *HiQ* case, … | In the *hiQ* case, … |
| 13:10 | … it casts doubt of the *reliability* … | … it casts doubt on the *reliability* … |
| 14:15 | … and analyses of its claims, … | … analyses of its claims, … |
| 15:20-21 | ("Where the requisite substantial relationship can be demonstrated, access to confidential information in the first representation (relevant, by definition, to the second representation) is presumed and disqualification is mandatory"); | ("Where the requisite substantial relationship can be demonstrated, access to confidential information in the … first representation (relevant, by definition, to the second representation) is presumed and disqualification is mandatory"); |
| 16:3 | Moreover, the circumstances surrounding the Quinn's engagement … | Moreover, the circumstances surrounding Quinn's engagement … |
| 19:2 | *cf. Openwave Sys. Inc. v. Myriad France S.A.S.*, 2011 WL 1225978, *4 (N.D. Cal. 2011) | *cf. Openwave Sys. Inc. v. Myriad France S.A.S.*, 2011 WL 1225978, *5 (N.D. Cal. 2011) |
| 19:3 | *Kirk v. First Am. Ins. Co.*, 183 Cal.App.4th 776, 108 (2010) | *Kirk v. First Am. Ins. Co.*, 183 Cal.App.4th 776, 814 (2010) (same). |

---

[1] References to page and line numbers are to the original Disqualification Motion.

| *Page:Line[1]* | *Original Text* | *Corrected Text.* |
|---|---|---|
|  | (same). |  |
| 19:27 | … second Circuit … | … Second Circuit … |
| 20:19 | *SpeeDee*, 20 Cal. 4th at 1145 (same). | *SpeeDee*, 20 Cal. 4th at 1145 n.2 (same). |

Dated: June 12, 2024

Respectfully submitted,

*/s/ Colin R. Kass*
Colin R. Kass*
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 416-6890
ckass@proskauer.com

ADDITIONAL COUNSEL

David A. Munkittrick*
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000
dmunkittrick@proskauer.com

Robert C. Goodman (Bar No. 111554)
Lauren Kramer Sujeeth (Bar No. 259821)
ROGERS JOSEPH O'DONNELL, PC
311 California Street, 10th Floor
San Francisco, CA 94104
(415) 956-2828
rgoodman@rjo.com
lsujeeth@rjo.com

Sehreen Ladak (Bar No. 307895)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
(310) 284-5652
sladak@proskauer.com

*Attorneys for Defendant Bright Data Ltd.*
**Admitted Pro Hac Vice*