## Exhibit 1:

## Errata to Bright Data's Motion to Disqualify Quinn Emanuel

| *Page:Line*[1] | *Original Text* | *Corrected Text.* |
|---|---|---|
| i:9 | *Meta Platforms, Inc. v. Bright Data Ltd.*, 23-cv-00077 (N.D. Cal.) | *Meta Platforms, LLC v. Bright Data Ltd.*, 23-cv-00077 (N.D. Cal.) |
| iv:11 | Omission | *hiQ Labs, Inc. v. LinkedIn Corp.*, 639 F.Supp.3d 944 (N.D. Cal. 2022) |
| v:26 | Hazard, et al.*, The Law of Lawyering* (4d ed. 2023) | Hazard, et al.*, The Law of Lawyering* (4th ed. 2023) |
| 1:11 | "free reign to decide … | "free rein to decide ... |
| 4:11 | 639 F.Supp.2d 944 (N.D. Cal. 2022). | 639 F.Supp.3d 944 (N.D. Cal. 2022). |
| 4:27 | … which it discussed with Bright Data's general counsel telephonically on or about February 26, 2023. | … which it discussed with Bright Data's general counsel over video conference on or about February 26, 2023. |
| 5:6 | … it "approached the analysis' … | … it "'approached the analysis' … |
| 6:28 | Quinn entered its appearance on June 4, 2023. | Quinn entered its appearance on June 4, 2024. |
| 7:1 | Just two days later, on June 6, 2022, … | Just two days later, on June 6, 2024, … |
| 12:14 | … does not require an exact match between facts and issues in the two cases."). | … does not require an exact match between facts and issues in the two" cases.). |
| 12:24 | ("The words 'subject" … | ("The words 'subject' … |
| 12:27 | In the *HiQ* case, … | In the *hiQ* case, … |
| 13:10 | … it casts doubt of the *reliability* … | … it casts doubt on the *reliability* … |
| 14:15 | … and analyses of its claims, … | … analyses of its claims, … |
| 15:20-21 | ("Where the requisite substantial relationship can be demonstrated, access to confidential information in the first representation (relevant, by definition, to the second representation) is presumed and disqualification is mandatory"); | ("Where the requisite substantial relationship can be demonstrated, access to confidential information in the … first representation (relevant, by definition, to the second representation) is presumed and disqualification is mandatory"); |
| 16:3 | Moreover, the circumstances surrounding the Quinn's engagement … | Moreover, the circumstances surrounding Quinn's engagement … |

---

[1] References to page and line numbers are to the original Disqualification Motion.

| Page:Line[1] | Original Text | Corrected Text. |
|---|---|---|
| 19:2 | cf. Openwave Sys. Inc. v. Myriad France S.A.S., 2011 WL 1225978, *4 (N.D. Cal. 2011) | cf. Openwave Sys. Inc. v. Myriad France S.A.S., 2011 WL 1225978, *5 (N.D. Cal. 2011) |
| 19:3 | Kirk v. First Am. Ins. Co., 183 Cal.App.4th 776, 108 (2010) (same). | Kirk v. First Am. Ins. Co., 183 Cal.App.4th 776, 814 (2010) (same). |
| 19:27 | … second Circuit … | … Second Circuit … |
| 20:19 | SpeeDee, 20 Cal. 4th at 1145 (same). | SpeeDee, 20 Cal. 4th at 1145 n.2 (same). |