UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

X Corp.,

                    Plaintiff,

    v.

BRIGHT DATA LTD.,

                    Defendant.

Case No. 3:23-CV-03698-WHA

Hon. William H. Alsup

**[PROPOSED] ORDER GRANTING
BRIGHT DATA'S ADMINISTRATIVE MOTION TO EXPEDITE ITS
DISQUALIFICATION MOTION AND STAY THE CASE REMAINDER**

The Court, having considered Defendant Bright Data, Ltd.'s Administrative Motion to Expedite its Disqualification Motion and Stay the Case Remainder ("Motion to Expedite and Stay"), the papers filed in support, and in opposition thereto, and any oral argument with respect thereto,

    IT IS HEREBY ORDERED that:

1. Bright Data's Motion to Expedite and Stay is GRANTED;

2. The hearing on Bright Data's Motion to Disqualify Quinn Emanuel shall take place on _____, 2024, at __ [a.m./p.m.]

3. Bright Data shall file any Opposition to X's Motion for Leave to Amend the Complaint 14 days after a ruling on Bright Data's Motion to Disqualify Quinn Emanuel; and X shall file any Reply to its Motion for Leave to Amend the Complaint 7 days after Bright Data files its Opposition.

SO ORDERED.

DATED: _____

                                                        The Hon. William Alsup
                                                        United States District Judge