QUINN EMANUEL URQUHART & SULLIVAN, LLP
Andrew Schapiro (*Pro Hac Vice*)
*andrewschapiro@quinnemanuel.com*
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone: (312) 705-7400

David Eiseman (Bar No. 114758)
*davideiseman@quinnemanuel.com*
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: 415-875-6600
Fax: 415-875-6700

Stefan Berthelsen (*Pro Hac Vice*)
*stefanberthelsen@quinnemanuel.com*
51 Madison Ave 22nd floor
New York, NY 10010
Telephone: (212) 849-7014

*Attorneys for Plaintiff*
*X Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>Plaintiff,<br>vs.<br><br>BRIGHT DATA LTD., an Israeli corporation,<br><br>Defendant. | Case No. 3:23-cv-03698-WHA<br><br>**PLAINTIFF X CORP.'S RESPONSE TO DEFENDANT BRIGHT DATA'S ADMINISTRATIVE MOTION TO EXPEDITE ITS DISQUALIFICATION MOTION AND STAY THE CASE REMAINDER** |

As noted in Bright Data's administrative motion (ECF No. 96-1), X does not oppose Bright Data's request to expedite resolution of its motion to disqualify, provided X is permitted to respond within the time set by the Local Rules (or some other reasonable time).  X takes no position regarding Bright Data's request for a stay but strongly disagrees with Bright Data's characterization of the underlying issues in its administrative motion.  X will address that characterization, and demonstrate why Bright Data's motion to disqualify has no merit, in X's opposition.

Respectfully submitted,

DATED:  June 13, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Andrew H. Schapiro

Andrew H, Schapiro *(Pro Hac Vice)*
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone: (312) 705-7400

David Eiseman (Bar No. 114758)
davideiseman@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: 415-875-6600
Fax: 415-875-6700

Stefan Berthelsen (*Pro Hac Vice*)
stefanberthelsen@quinnemanuel.com
51 Madison Ave 22nd floor
New York, NY 10010
Telephone: (212) 849-7014

*Attorneys for Plaintiff X Corp*