UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

X CORP.,

    Plaintiff,

v.

BRIGHT DATA LTD.,

    Defendant.

No. C 23-03698 WHA

**ORDER RE ADMINISTRATIVE MOTION TO EXPEDITE AND MOTION TO STAY**

The judge has considered Bright Data's motion to expedite its disqualification motion and motion to stay the case remainder (Dkt. No. 96 (seeking to expedite Dkt. No. 93)), as well as X's response (Dkt. No. 97), and reaches the following results:

1. X's opposition to Bright Data's motion to disqualify is due by **June 19, 2024 at noon**.
2. Bright Data's reply to X's opposition, if any, is due by **June 24, 2024 at 8:00 a.m.**
3. The motion to disqualify shall be heard **July 1, 2024 at 8:00 a.m.** in Courtroom 12.
4. The rest of the case, namely briefing re X's motion (Dkt. No. 90), is **STAYED**.

Meanwhile, Quinn Emanuel and X should proceed with caution on any communications that might arguably be informed by prior attorney-client communications with Bright Data.

    IT IS SO ORDERED.

Dated: June 14, 2024.

                                                                                _____
                                                                                WILLIAM ALSUP
                                                                                UNITED STATES DISTRICT JUDGE