UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>BRIGHT DATA LTD., an Israeli corporation,<br><br>　　　　　Defendant. | Case No. 3:23-cv-03698-WHA<br><br>**[PROPOSED] ORDER DENYING DEFENDANT BRIGHT DATA LTD.'S MOTION TO DISQUALIFY QUINN EMANUEL** |

# [PROPOSED] ORDER

Pending before the Court is Defendant Bright Data Ltd.'s Motion to Disqualify Quinn Emanuel.

The Court, having considered the parties' briefing and arguments and the relevant facts and law, hereby **DENIES** Defendant Bright Data Ltd.'s Motion to Disqualify Quinn Emanuel.

**IT IS SO ORDERED.**

Dated: _____     _____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE