Colin R. Kass (*pro hac vice*)
PROSKAUER ROSE LLP
1001 Pennsylvania, Ave., N.W.
Washington, D.C. 20004
(202) 416-6890
ckass@proskauer.com

David A. Munkittrick (*pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000
dmunkittrick@proskauer.com

*Attorneys for Defendant Bright Data Ltd.*
*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X CORP., <br><br> Plaintiff, <br><br> v. <br><br> BRIGHT DATA LTD., <br><br> Defendant. | Case No. 23-cv-03698-WHA <br><br> Hon. William A. Alsup |

**BRIGHT DATA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER**
**ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Pursuant to Civil Local Rules 7-11 and 79-5(f), Bright Data hereby files this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Sealing Motion"). Bright Data's concurrently filed Counterclaim and Answer references, describes, or quotes from materials that X has filed under conditional seal.

Attached to this Sealing Motion as Exhibit A is an unredacted copy of Bright Data's Counterclaim and Answer with the information to be sealed highlighted in blue. Attached to this Sealing Motion as Exhibit B is an unredacted copy of Bright Data's Counterclaim and Answer with no highlighting, for the Court's use and reference.

For the foregoing reasons, Bright Data respectfully requests that the Court permit Bright Data's unredacted Counterclaim and Answer, as identified below, to be conditionally filed under seal.

| Document | Reason for Sealing |
|---|---|
| Bright Data's Counterclaim and Answer<br><br>Pages<br>25: 4, 5<br>26: 6<br>57: 8, 13<br>72:20<br>94:1-2, 9-10<br>96:13, 15-16, 19-25<br>97: 12-14; 19-20; 21-25<br>98: 4-5; 6-10, 12, 13-14<br>99: 4, 7, 16-19, 22-24 | Refers to information X has designated "confidential" and filed under conditional seal. |

Dated: December 17, 2024

Respectfully submitted,

/s/ Colin R. Kass
Colin R. Kass*
Erica T. Jones
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 416-6890
ckass@proskauer.com
ejones@proskauer.com

David A. Munkittrick*
Reut N. Samuels*
Timothy E. Burroughs*
Michael R. Clifford Beckwith*
Peter C. Angelica*
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3226
dmunkittrick@proskauer.com
rsamuels@proskauer.com
tburroughs@proskauer.com
mbeckwith@proskauer.com
pangelica@proskauer.com

Robert C. Goodman (Bar No. 111554)
Lauren Kramer Sujeeth (Bar No. 259821)
ROGERS JOSEPH O'DONNELL, PC
311 California Street, 10th Floor
San Francisco, CA 94104
(415) 956-2828
rgoodman@rjo.com
lsujeeth@rjo.com

Sehreen Ladak (Bar No. 307895)
Briana Seyarto Flores (Bar No. 342002)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
(310) 284-5652
sladak@proskauer.com
bseyartoflores@proskauer.com

*Attorneys for Defendant Bright Data Ltd.*
**Admitted pro hac vice*