**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X. CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIGHT DATA LTD.,<br><br>    Defendant. | Case No. 23-cv-03698-WHA<br><br>**[PROPOSED] ORDER GRANTING BRIGHT DATA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Having considered the motion filed by Bright Data Ltd., the Court hereby GRANTS Bright Data's Administrative Motion to Consider Whether Another Party's Material Should be Sealed (ECF No. 157). The documents will be conditionally sealed to afford X the opportunity to file a statement and/or declaration in accordance with L.R. 79-5(f)(3).

**IT IS SO ORDERED.**

Date: _____    By: _____
                                    Hon. William H. Alsup
                                    United States District Judge