# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BRIGHT DATA LTD., an Israeli corporation,<br><br>　　　　　Defendant. | Case No. 3:23-cv-03698-WHA<br><br>**[~~PROPOSED~~] ORDER GRANTING X CORP.'S UNOPPOSED MOTION FOR EXTENSION OF THE DEADLINE TO RESPOND TO BRIGHT DATA'S COUNTERCLAIMS <span style="color:red">AS AMENDED</span>** |

# [~~PROPOSED~~] ORDER

Pursuant to Plaintiff X Corp. ("X") Unopposed Motion to Extend the Deadline To Respond

To Bright Data's Counterclaims, it is hereby ORDERED that:

1. The deadline for X to move to dismiss or otherwise respond to Bright Data's counterclaims shall be January ~~21~~ 14, 2025 at Noon;

2. The deadline for Bright Data to oppose any motion to dismiss shall be February ~~25~~ 4, 2025 at Noon;

3. The deadline for any reply brief shall be ~~March 4, 2025~~ February 11, 2025 at Noon.

**IT IS SO ORDERED.**

DATED: ____December 21, 2025_____    _____

Honorable William Alsup
United States District Court Judge

[~~PROPOSED~~] ORDER GRANTING X CORP.'S UNOPPOSED MOTION FOR EXTENSION
Case No. 3:23-cv-03698-WHA