UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

X CORP., INC.,

    Plaintiff,

v.

BRIGHT DATA LTD.,

    Defendant.

No. C 23-03698 WHA

**ORDER DENYING ADMINISTRATIVE MOTION**

The administrative motion for alternative service (Dkt. No. 162) is **DENIED.**

The proposed document request to Elon Musk is extremely overbroad. For example, the first two document requests are:

1. All documents relating to competition in any market or business in which X operates, including X's market share, and X's actual or potential competitors.

2. All documents relating to network effects, barriers to entry, and costs or difficulties of entry in any market or business in which X operates.

(Dkt. No. 162-2 Attach. A). There are a total of 47 paragraphs requesting documents.

Elon Musk is a third party. While he is a potential witness in the case, it would be unduly burdensome (by far) to serve such an overbroad subpoena on anyone.

This denial is without prejudice to any such motion respecting a much narrower document subpoena, which must be at least in the ballpark of reasonable before the Court will

allow alternative service. Even then, allowing alternative service would be without prejudice to motions by the respondent to quash.

The administrative motion (Dkt. No. 162) is therefore **DENIED.** No opposition or oral argument is needed. Civil L.R. 7-1(b), 7-11(c).

**IT IS SO ORDERED.**

Dated: January 8, 2025.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE