Colin R. Kass (*pro hac vice*)
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 416-6890
ckass@proskauer.com

David A. Munkittrick (*pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000
dmunkittrick@proskauer.com

*Attorneys for Defendant Bright Data Ltd.*
*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X Corp.,<br><br>          Plaintiff,<br><br>     v.<br><br>BRIGHT DATA LTD.,<br><br>          Defendant. | Case No. 23-cv-03698-WHA<br><br>**NOTICE REGARDING BRIGHT DATA'S MOTION FOR ALTERNATIVE SERVICE AND THE COURT'S ORDER TO SHOW CAUSE** |

In light of X's agreement this morning to accept service of the subpoena on behalf of Mr. Musk, Bright Data withdraws its motion for alternative service as moot, and notes that the alternative service proposals raised by the Court in its Order to Show Cause no longer appear necessary. Bright Data appreciates the Court's assistance with this matter.

*Notice Regarding Bright Data's Motion for Alternative Service and
the Court's Order to Show Cause*
23-cv-03698-WHA

| | |
|---|---|
| Dated: January 29, 2025 | Respectfully submitted,<br>/s/ *Colin Kass*<br>Colin Kass*<br>Erica T. Jones*<br>Proskauer Rose LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>(202) 416-6890<br>ckass@proskauer.com<br>ejones@proskauer.com<br><br>David A. Munkittrick*<br>Reut N. Samuels*<br>Timothy E. Burroughs*<br>Michael R. Clifford Beckwith*<br>Peter C. Angelica*<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036<br>(212) 969-3000<br>dmunkittrick@proskauer.com<br>rsamuels@proskauer.com<br>tburroughs@proskauer.com<br>mbeckwith@proskauer.com<br>pangelica@proskauer.com<br><br>Robert C. Goodman (Bar No. 111554)<br>Lauren Kramer Sujeeth (Bar No. 259821)<br>Rogers Joseph O'Donnell, PC<br>311 California Street, 10th Floor<br>San Francisco, CA 94104<br>(415) 956-2828<br>rgoodman@rjo.com<br>lsujeeth@rjo.com<br><br>Sehreen Ladak (Bar No. 307895)<br>Briana Seyarto Flores (Bar No. 342002)<br>Proskauer Rose LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067-3010<br>(310) 284-5652<br>sladak@proskauer.com<br>bseyartoflores@proskauer.com<br><br>*Attorneys for Defendant Bright Data, Ltd.*<br><br>*Admitted pro hac vice* |