UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., INC., | |
| Plaintiff, | No. C 23-03698 WHA |
| v. | **ORDER RE DISCOVERY LETTER BRIEF RE SUBPOENA TO NON-PARTY ELON MUSK** |
| BRIGHT DATA LTD., | |
| Defendant. | |

In a discovery letter brief, non-party Elon Musk objects to and moves to quash Bright Data Ltd.'s recently served document subpoena (Dkt. No. 205).

Bright Data shall respond by **8:00 P.M. ON TUESDAY, FEBRUARY 25, 2025.**

Counsel for Musk and counsel for Bright Data shall appear to argue the issues at **11:00 A.M. ON THURSDAY, FEBRUARY 27, 2025, IN COURTROOM 12, SAN FRANCISCO.**

**IT IS SO ORDERED.**

Dated: February 22, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE