1

2

3

4

5

6

7                                    UNITED STATES DISTRICT COURT

8                                    NORTHERN DISTRICT OF CALIFORNIA

9

10

11    X CORP., INC.,

12                    Plaintiff,                        No.  C 23-03698 WHA

13          v.                                          **FURTHER ORDER RE ALL
                                                        PENDING DISCOVERY DISPUTES,**
14    BRIGHT DATA LTD.,                                 **AND QUESTION FOR HEARING**

15                    Defendant.

16    _____

17          The district court ordered responses and a hearing regarding X Corp.'s two discovery

18    letter briefs (Dkt. No. 202 (re Dkt. Nos. 197, 199)).  Then it ordered responses and a hearing

19    regarding non-party Elon Musk's discovery letter brief respecting a document subpoena (Dkt.

20    No. 206 (re Dkt. No. 205)).  A clerk's notice reset their shared hearing (but no other deadlines).

21          Now, Bright Data Ltd. submits three new discovery letter briefs (Dkt. Nos. 213, 215,

22    216).  X Corp. shall file its responses, if any, **BY NOON TOMORROW, FEBRUARY 27, 2025.**

23          In light of the mushrooming discovery disputes in this case, all discovery letter briefs

24    presented to the court thus far and still pending (above) will be heard in person **AT 11:30 A.M.**

25    **ON FRIDAY, FEBRUARY 28, 2025, IN COURTROOM 12, SAN FRANCISCO.**  Please do not ask to

26    appear remotely.  No further discovery disputes shall be submitted until after resolution of

27    those already submitted.

28

1        At the 11:30 a.m. conference hearing, the Court wants to get the input of counsel as to

2    whether the question of personal jurisdiction of Bright Data should be certified for

3    interlocutory appeal.

4        **IT IS SO ORDERED.**

5

6    Dated:  February 26, 2025.

7

8

9    

10   WILLIAM ALSUP
     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California