JOSHUA D. BRANSON*
*jbranson@kellogghansen.com*
ANDREW C. SHEN*
*ashen@kellogghansen.com*
DANIEL V. DORRIS*
*ddorris@kellogghansen.com*
MATTHEW D. READE*
*mreade@kellogghansen.com*
TIBERIUS T. DAVIS*
*tdavis@kellogghansen.com*
JORDAN R.G. GONZÁLEZ*
*jgonzalez@kellogghansen.com*
**KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
*\*Admitted Pro Hac Vice*

ADRIAN SAWYER, State Bar No. 203712
*sawyer@sawyerlabar.com*
SAWYER & LABAR LLP
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: (415) 262-3820

*Counsel for Plaintiff X Corp.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>BRIGHT DATA LTD., an Israeli corporation,<br><br>  Defendant. | Case No. 3:23-cv-03698-WHA<br><br>**PLAINTIFF X CORP.'S SUPPLEMENTAL CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br>**(LOCAL RULE 3-15; FRCP 7.1)** |

**NOTICE OF INTERESTED PARTIES**

Pursuant to Northern District of California Civil Local Rule 3-15, the undersigned, counsel of record for Plaintiff X Corp. ("X Corp."), certifies that the following listed entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: X Holdings Corp. (parent corporation); X.AI Holdings Corp. (parent corporation of X Holdings Corp.).

**CORPORATE DISCLOSURE STATEMENT**

X Corp. previously filed its Notice of Interested Parties and Corporate Disclosure Statement (Dkt. 2). Pursuant to Federal Rule of Civil Procedure 7.1, X Corp. hereby makes the following supplemental disclosure: the parent corporation of X Corp. is X Holdings Corp. X Holdings Corp. has been acquired by and is now a wholly owned subsidiary of X.AI Holdings Corp.

DATED: April 9, 2025

Respectfully submitted,

/s/ *Joshua D. Branson*
JOSHUA D. BRANSON*
jbranson@kellogghansen.com
ANDREW C. SHEN*
ashen@kellogghansen.com
DANIEL V. DORRIS*
ddorris@kellogghansen.com
MATTHEW D. READE*
mreade@kellogghansen.com
TIBERIUS T. DAVIS*
tdavis@kellogghansen.com
JORDAN R.G. GONZÁLEZ*
jgonzalez@kellogghansen.com
KELLOGG, HANSEN, TODD,
   FIGEL & FREDERICK
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
* *Admitted Pro Hac Vice*

ADRIAN SAWYER, State Bar No. 203712
*sawyer@sawyerlabar.com*
SAWYER & LABAR LLP
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: (415) 262-3820

*Counsel for Plaintiff X Corp.*