UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

X CORP., INC.,

        Plaintiff,

        v.

BRIGHT DATA LTD.,

        Defendant.

No.  C 23-03698 WHA

**ORDER RE DISCOVERY LETTER**

This case concerns a social media platform's complaint that a data scraper impaired its servers.  About six months ago, the platform disclosed it would show server logs and other such evidence at trial.  But it still has not turned over that evidence to defendant, or so says the scraper in a letter brief that requests an order to compel and an extra deposition (Dkt. No. 244).

Any response to this letter brief shall be filed by **MONDAY, APRIL 14 AT NOON.**  Counsel for both sides shall appear to discuss the issue in person on **THURSDAY, APRIL 17 AT 8:00 A.M.**

    **IT IS SO ORDERED.**

Dated:  April 10, 2025.

_____

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE