**EXHIBIT A**
**X's Data System 30(b)(6) Deposition Topics**

**1. Customer Relationship Database (CRM).** Identification of data systems and practices relevant to Bright Data's CRM, including:
- Internal and third-party systems used to monitor or perform diligence on Bright Data's customers, including their scraping and other activities on X's platform;
- How the information produced from the CRM was extracted and compiled;
- What customer information is and is not stored in the CRM in the ordinary course;
- What the various fields in the CRM mean;
- The ways in which Bright Data uses or relies on the CRM in the ordinary course; and
- How long CRM data or reports are retained, and whether any archival or deletion policies apply.

**2. Bright Data's Activity Logs.** Identification of data systems and practices relevant to Bright Data's activity logs, including:
- Internal and third-party systems used to track and monitor scraping activity by Bright Data and its customers;
- How the information in Bright Data's "sample" log was extracted and compiled;
- What scraping and other activity information is and is not stored in the logs in the ordinary course;
- What the various fields in the activity logs mean;
- The ways in which Bright Data uses or relies on the activity logs in the ordinary course;
- The metrics that Bright Data runs on its scraping logs in the ordinary course, including the type of reports (real-time or otherwise) that Bright Data produces or receives; and
- How long activity logs or related metrics are retained, and whether any archival or deletion policies apply.

**3. Other Data Systems.** Identification of other data or information systems pertaining to Bright Data's or its customers' access to X's platform, including:
- Internal and third-party systems used to monitor, assign, or change IP addresses used by customers employing Bright Data's proxy service;
- Internal and third-party systems used to store, transmit, or analyze datasets scraped from X's platform;
- Internal and third-party systems used to monitor or analyze the impact of Bright Data's and its customers' activities on platforms' servers;
- Internal and third-party systems used to track the success or failure of Bright Data's and its customers' scraping and access efforts;
- Internal and third-party systems used to track Bright Data's revenue from the sale of its scraping or proxy tools;
- Internal and third-party systems used to track Bright Data's revenue from the sale of datasets scraped from X's platform; and
- How long data or records in the above categories are retained, and whether any archival or deletion policies apply.