UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

X CORP., INC.,

    Plaintiff,

v.

BRIGHT DATA LTD.,

    Defendant.

No. C 23-03698 WHA

**ORDER RE SPECIAL MASTER**

Without adding or subtracting anything ordered at today's discovery hearing, and looking to the future only, the judge would like to appoint a special master for discovery, Harold J. McElhinny, now retired from Morrison Foerster. The parties would pay his fee, but he has agreed as a service to the Court to charge only $300 per hour, a bargain given that Mr. McElhinny was and remains a premier trial lawyer and IP lawyer.

Counsel shall please call him together to work out the terms of the referral, one important piece of which will be that none of his orders will be appealable. He can be reached at (415) 866-7225 or haroldmcelhinny@gmail.com.

Please call him by the end of next week and complete all details including the form of reference by May 8.

**IT IS SO ORDERED.**

Dated: April 17, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE