# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

X CORP.,

            Plaintiff-Counterclaim Defendant,

                 v.

BRIGHT DATA LTD.,

            Defendant-Counterclaim Plaintiff.

Case No. 23-CV-03698-WHA

**DISCOVERY MASTER DECLARATION PURSUANT TO FED. R. CIV. PROC. 53(b)(3)**

## <u>DECLARATION OF HAROLD J. MCELHINNY</u>

I, Harold J. McElhinny, state and declare as follows:

1.      Pursuant to Fed. R. Civ. Proc. 53(b), Judge William Alsup has issued an order proposing the appointment of myself, Harold J. McElhinny, as a Discovery Master in the matter of *X Corp. v. Bright Data Ltd.*, 23-CV-03698. As required under Fed. R. Civ. Proc. 53(a)(2) and (b)(3)(A), I, Harold J. McElhinny, have reviewed the public pleadings and the docket and thoroughly familiarized myself with the issues involved in this case. I have determined that I do not have a relationship with the parties, attorneys, action, or court that would require disqualification under 28 U.S.C. § 455.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 10, 2025.

                                     */s/Harold J. McElhinny*
                                     Harold J. McElhinny