JOSHUA D. BRANSON*
*jbranson@kellogghansen.com*
ANDREW C. SHEN*
*ashen@kellogghansen.com*
DANIEL V. DORRIS*
*ddorris@kellogghansen.com*
JORDAN R.G. GONZÁLEZ*
*jgonzalez@kellogghansen.com*
KALEB J. LEGORE*
*klegore@kellogghansen.com*
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
* *Admitted Pro Hac Vice*

ADRIAN SAWYER, State Bar No. 203712
*sawyer@sawyerlabar.com*
SAWYER & LABAR LLP
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: (415) 262-3820

*Counsel for Plaintiff and Counterclaim-Defendant
X Corp.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRIGHT DATA LTD., an Israeli corporation,<br><br>Defendant. | Case No. 3:23-cv-03698-WHA<br><br>**PLAINTIFF AND COUNTERCLAIM-DEFENDANT X CORP.'S RULE 79-5(f)(3) STATEMENT IN RESPONSE TO BRIGHT DATA'S ADMINISTRATIVE MOTIONS TO SEAL (DKTS. 278, 280, 283, 288, 291)** |

1    Pursuant to Civil Local Rule 79-5(f)(3), Plaintiff X Corp. ("X") submits this statement in

2    response to Bright Data's Administrative Motions to Consider Whether X's Material Should Be

3    Sealed (Dkts. 278, 280, 283, 288, 291), which were filed on May 14 and May 15.  X does not

4    seek to seal any of this information, so the Court may deny Bright Data's administrative motions.

5
6    DATED:  May 19, 2025                         Respectfully submitted,

7                                                **KELLOGG, HANSEN, TODD,**
                                                 **FIGEL & FREDERICK, P.L.L.C.**

8
9                                                By:    /s/ Joshua D. Branson
                                                 JOSHUA D. BRANSON*
10                                               jbranson@kellogghansen.com
                                                 ANDREW C. SHEN*
11                                               ashen@kellogghansen.com
                                                 DANIEL V. DORRIS*
12                                               ddorris@kellogghansen.com
                                                 MATTHEW D. READE*
13                                               mreade@kellogghansen.com
                                                 JORDAN R.G. GONZÁLEZ*
14                                               jgonzalez@kellogghansen.com
                                                 KALEB J. LEGORE*
15                                               klegore@kellogghansen.com
                                                 1615 M Street NW, Suite 400
16                                               Washington, DC 20036
                                                 Telephone: 202.326.7900
17                                               * *Admitted Pro Hac Vice*

18                                               Adrian Sawyer, State Bar No. 203712
                                                 SAWYER & LABAR LLP
19                                               1700 Montgomery Street, Suite 108
                                                 San Francisco, California 94111
20                                               Telephone: 415.262.3820
                                                 sawyer@sawyerlabar.com
21
22                                               *Attorneys for Plaintiff and Counterclaim-Defendant*
                                                 *X Corp.*
23

24

25

26

27

28

X Corp.'s Rule 79-5(f)(3) Statement in Response to Dkts. 278, 280, 283, 288, 291
Case No. 3:23-cv-03698-WHA