1  Colin R. Kass (*pro hac vice*)
   PROSKAUER ROSE LLP
2  1001 Pennsylvania Ave., N.W.
   Washington, D.C. 20004
3  (202) 416-6890
   ckass@proskauer.com
4
5  David A. Munkittrick (*pro hac vice*)
   PROSKAUER ROSE LLP
6  Eleven Times Square
   New York, New York 10036
7  (212) 969-3000
   dmunkittrick@proskauer.com
8
9
10 *Attorneys for Defendant Bright Data Ltd.*
   *Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation, <br><br> Plaintiff, <br><br> v. <br><br> BRIGHT DATA LTD., an Israeli corporation, <br><br> Defendant. | Case No. 23-CV-03698-WHA <br><br> **BRIGHT DATA'S RULE 79-5(f)(3) STATEMENT IN RESPONSE TO X'S ADMINISTRATIVE MOTION TO SEAL (ECF NO. 296)** |

Pursuant to Civil Local Rule 79-5(f)(3), Defendant and Counterclaim-Plaintiff Bright Data Ltd. submits this statement in response to X Corp.'s Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF No. 296), filed on May 19, 2025. Bright Data does not seek to seal any of the information identified in X's Administrative Motion, so the Court may deny X's Administrative Motion.

Dated: May 27, 2025                                Respectfully submitted,

/s/ *Colin R. Kass*

| | |
|---|---|
| Robert C. Goodman (Bar No. 111554) | Colin R. Kass* |
| Lauren Kramer Sujeeth (Bar No. 259821) | Erica T. Jones* |
| ROGERS JOSEPH O'DONNELL, PC | PROSKAUER ROSE LLP |
| 311 California Street, 10th Floor | 1001 Pennsylvania Ave., N.W. |
| San Francisco, CA 94104 | Washington, D.C. 20004 |
| (415) 956-2828 | (202) 416-6890 |
| rgoodman@rjo.com | ckass@proskauer.com |
| lsujeeth@rjo.com | ejones@proskauer.com |
| | |
| Sehreen Ladak (Bar No. 307895) | David A. Munkittrick* |
| PROSKAUER ROSE LLP | Reut N. Samuels* |
| 2029 Century Park East, Suite 2400 | Timothy E. Burroughs* |
| Los Angeles, CA 90067-3010 | Michael R. Clifford Beckwith* |
| (310) 284-5652 | Peter C. Angelica* |
| sladak@proskauer.com | PROSKAUER ROSE LLP |
| | Eleven Times Square |
| Genesis Sanchez Tavarez* | New York, New York 10036 |
| PROSKAUER ROSE LLP | (212) 969-3000 |
| One International Place | dmunkittrick@proskauer.com |
| Boston, MA 02110 | rsamuels@proskauer.com |
| (617) 526-9675 | tburroughs@proskauer.com |
| gsancheztavarez@proskauer.com | mbeckwith@proskauer.com |
| | pangelica@proskauer.com |

*Attorneys for Defendant Bright Data, Ltd.*
**Admitted pro hac vice*