UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

X CORP., INC.,

    Plaintiff,

v.

BRIGHT DATA LTD.,

    Defendant.

No. C 23-03698 WHA

**ORDER RE SUPPLEMENTAL BRIEFING (RE DKT. NO. 299)**

In its Counterclaim, Bright Data has accused X Corp. of anticompetitive behavior in certain "Public Square" markets it has defined. X Corp. denies any anticompetitive behavior and challenges the market definitions Bright Data has proposed. X Corp. has served requests for production of documents broadly seeking information about Bright Data's customer base. Bright Data has filed a Letter Brief (Dkt. No. 299) seeking to quash or narrow the requests. X Corp. has opposed (Dkt No. 305). Both parties complied with the three-page limit for letter briefs. (If not with the spacing and font size requirements.)

In a communication with the parties I informed them of two issues that had caught my attention. I now add a third. I am interested in better understanding the relevance of information about Bright Data's customer base to the issue of defining the market or markets in which X competes. I also inquired whether the parties believed that additional briefing would be helpful. The parties have now responded with competing points of view on that

question. After considering everything filed to date, I have concluded that additional briefing would be helpful to me.

**WHEREFORE:**

On or before **JUNE 6, 2025**, each party may file **EITHER:**

**A.** An additional brief of no more than 10 pages that complies with spacing and font size rules; *or*,

**B.** An additional brief of no more than 5 pages *and* an expert declaration of no more than 5 pages that address how the evidence sought would or would not be useful in defining the market or markets in which X competes.

No later than **5:00 P.M. EDT ON THURSDAY, MAY 29**, each side shall inform the other of which option it has selected. Within the following 24 hours (that is, before 5:00 p.m. EDT on Friday, May 30), each party, after giving notice to the other, may change its original selection.

**IT IS SO ORDERED.**

Dated: May 27, 2025.

> */s/ Harold J. McElhinny*
> HAROLD J. MCELHINNY
> SPECIAL MASTER