JOSHUA D. BRANSON*
jbranson@kellogghansen.com
ANDREW C. SHEN*
ashen@kellogghansen.com
DANIEL V. DORRIS*
ddorris@kellogghansen.com
MATTHEW D. READE*
mreade@kellogghansen.com
ABIGAIL DEHART*
adehart@kellogghansen.com
JORDAN R.G. GONZÁLEZ*
jgonzalez@kellogghansen.com
KALEB LEGORE*
klegore@kellogghansen.com
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
* *Admitted Pro Hac Vice*

ADRIAN SAWYER, State Bar No. 203712
sawyer@sawyerlabar.com
SAWYER & LABAR LLP
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: (415) 262-3820

*Counsel for Plaintiff and Counterclaim-Defendant X Corp.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>BRIGHT DATA LTD., an Israeli corporation,<br><br>Defendant and Counterclaim-Plaintiff. | Case No. 3:23-cv-03698-WHA<br><br>**CERTIFICATE OF SERVICE** |

## PROOF OF SERVICE

Counsel for Plaintiff X Corp. certifies that on June 6, 2025, X Corp.'s Administrative Motion To Consider Whether Another Party's Material Should be Sealed (Dkt. 320) and the supporting materials were served on Defendant Bright Data Ltd.'s counsel of record via email at:

| Counsel for Bright Data Ltd.: | By email: |
|---|---|
| Colin Kass | ckass@proskauer.com |
| Robert C. Goodman | rgoodman@rjo.com |
| David Alexander Munkittrick | dmunkittrick@proskauer.com |
| Lauren Beth Kramer Sujeeth | lkramer@rjo.com |
| Sehreen Ladak | sladak@proskauer.com |
| Erica Taylor Jones | ejones@proskauer.com |
| Michael Clifford Beckwith | mbeckwith@proskauer.com |
| Peter C. Angelica | pangelica@proskauer.com |
| Reut N. Samuels | rsamuels@proskauer.com |
| Timothy Burroughs | tburroughs@proskauer.com |
| Genesis G. Sanchez Tavarez | gsancheztavarez@proskauer.com |

| | |
|---|---|
| DATED: June 6, 2025 | Respectfully submitted,<br><br>**KELLOGG, HANSEN, TODD,<br>FIGEL & FREDERICK, P.L.L.C.**<br><br>By: */s/ Joshua D. Branson*<br>JOSHUA D. BRANSON\*<br>jbranson@kellogghansen.com<br>ANDREW C. SHEN\*<br>ashen@kellogghansen.com<br>DANIEL V. DORRIS\*<br>ddorris@kellogghansen.com<br>MATTHEW D. READE\*<br>mreade@kellogghansen.com<br>ABIGAIL DEHART\*<br>adehart@kellogghansen.com<br>JORDAN R.G. GONZÁLEZ\*<br>jgonzalez@kellogghansen.com<br>KALEB J. LEGORE\*<br>klegore@kellogghansen.com<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone: 202.326.7900<br>\* *Admitted Pro Hac Vice*<br><br>Adrian Sawyer, State Bar No. 203712<br>SAWYER & LABAR LLP<br>1700 Montgomery Street, Suite 108<br>San Francisco, California 94111<br>Telephone: 415.262.3820<br>sawyer@sawyerlabar.com<br><br>*Attorneys for Plaintiff and Counterclaim-Defendant X Corp.* |