JOSHUA D. BRANSON*
*jbranson@kellogghansen.com*
ANDREW C. SHEN*
*ashen@kellogghansen.com*
DANIEL V. DORRIS*
*ddorris@kellogghansen.com*
MATTHEW D. READE*
*mreade@kellogghansen.com*
ABIGAIL DEHART*
*adehart@kellogghansen.com*
JORDAN R.G. GONZÁLEZ*
*jgonzalez@kellogghansen.com*
KALEB LEGORE*
*klegore@kellogghansen.com*
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
* *Admitted Pro Hac Vice*

ADRIAN SAWYER, State Bar No. 203712
*sawyer@sawyerlabar.com*
SAWYER & LABAR LLP
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: (415) 262-3820

*Counsel for Plaintiff and Counterclaim-Defendant X Corp.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X CORP., a Nevada corporation, <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> BRIGHT DATA LTD., an Israeli corporation, <br><br> Defendant and Counterclaim-Plaintiff. | Case No. 3:23-cv-03698-WHA <br><br> **CERTIFICATE OF SERVICE** |

**PROOF OF SERVICE**

Counsel for Plaintiff X Corp. certifies that on June 9, 2025, X Corp.'s Administrative Motion To Consider Whether Another Party's Material Should be Sealed (Dkt. 323) and the supporting materials were served on Defendant Bright Data Ltd.'s counsel of record via email at:

| Counsel for Bright Data Ltd.: | By email: |
|---|---|
| Colin Kass | ckass@proskauer.com |
| Robert C. Goodman | rgoodman@rjo.com |
| David Alexander Munkittrick | dmunkittrick@proskauer.com |
| Lauren Beth Kramer Sujeeth | lkramer@rjo.com |
| Sehreen Ladak | sladak@proskauer.com |
| Erica Taylor Jones | ejones@proskauer.com |
| Michael Clifford Beckwith | mbeckwith@proskauer.com |
| Peter C. Angelica | pangelica@proskauer.com |
| Reut N. Samuels | rsamuels@proskauer.com |
| Timothy Burroughs | tburroughs@proskauer.com |
| Genesis G. Sanchez Tavarez | gsancheztavarez@proskauer.com |

| | |
|---|---|
| DATED: June 9, 2025 | Respectfully submitted, |
| | **KELLOGG, HANSEN, TODD,** |
| | **FIGEL & FREDERICK, P.L.L.C.** |

By: <u>/s/ Joshua D. Branson</u>
    JOSHUA D. BRANSON*
    jbranson@kellogghansen.com
    ANDREW C. SHEN*
    ashen@kellogghansen.com
    DANIEL V. DORRIS*
    ddorris@kellogghansen.com
    MATTHEW D. READE*
    mreade@kellogghansen.com
    ABIGAIL DEHART*
    adehart@kellogghansen.com
    JORDAN R.G. GONZÁLEZ*
    jgonzalez@kellogghansen.com
    KALEB J. LEGORE*
    klegore@kellogghansen.com
    1615 M Street, N.W., Suite 400
    Washington, D.C. 20036
    Telephone: 202.326.7900
    * *Admitted Pro Hac Vice*

Adrian Sawyer, State Bar No. 203712
SAWYER & LABAR LLP
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820
sawyer@sawyerlabar.com

*Attorneys for Plaintiff and Counterclaim-Defendant X Corp.*

2