# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>  Plaintiff and Counterclaim-Defendant,<br><br>  v.<br><br>BRIGHT DATA LTD., an Israeli corporation,<br><br>  Defendant and Counterclaim-Plaintiff. | Case No. 3:23-cv-03698-WHA<br><br>[~~PROPOSED~~] ORDER GRANTING X CORP.'S LETTER MOTION TO EXTEND TIME TO COMPLY WITH THE MAY 21 ORDER |

## [~~PROPOSED~~] ORDER

Having considered X Corp.'s unopposed letter motion for an extension of time to comply with the Special Master's May 21 Order (Dkt. 304), is **HEREBY ORDERED** that the motion is **GRANTED**. X Corp.'s deadline to comply with the Order is **EXTENDED** to July 3, 2025.

**IT IS SO ORDERED.**

DATED: June 10, 2025.

/s/ Harold J. McElhinny
Special Master Harold J. McElhinny