| | |
|---|---|
| JOSHUA D. BRANSON*<br>jbranson@kellogghansen.com<br>ANDREW C. SHEN*<br>ashen@kellogghansen.com<br>KELLOGG, HANSEN, TODD,<br>FIGEL & FREDERICK, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 326-7900<br>Facsimile: (202) 326-7999<br>* *Admitted Pro Hac Vice*<br><br>*Counsel for X Corp.* | Colin R. Kass*<br>PROSKAUER ROSE LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>(202) 416-6890<br>ckass@proskauer.com<br><br>David A. Munkittrick*<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, New York 10036<br>(212) 969-3000<br>dmunkittrick@proskauer.com<br>* *Admitted Pro Hac Vice*<br><br>*Counsel for Bright Data Ltd.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>Plaintiff<br><br>v.<br><br>BRIGHT DATA LTD., an Israeli corporation,<br><br>Defendant. | Case No. 3:23-cv-03698-WHA<br><br>**JOINT STIPULATION AND MOTION TO ADJOURN HEARING AND FOR A 10-DAY STAY PENDING SETTLEMENT**<br><br>Hon. William H. Alsup |

Pursuant to Civil L.R. 6-1 and 6.2, the parties file this joint stipulation and motion to adjourn the June 26 hearing and for a 10-day stay of all deadlines in this case. On June 21, 2025, the parties reached a settlement in principle to resolve all claims and counterclaims in this action. The parties are now working diligently to finalize the settlement with the goal of promptly filing a joint stipulation of dismissal. The parties expect to be able to file that stipulation in the next 10 days. Given those ongoing efforts, the parties believe that a modest 10-day stay will promote judicial economy and avoid unnecessary litigation costs. For similar reasons, the parties respectfully request that the Court adjourn the June 26 hearing to another date convenient for the Court. That hearing is currently set to address X's motion for interlocutory appeal (Dkt. 271) and the parties'

1  competing scheduling proposals (Dkts. 277, 279).  The parties believe that it would be inefficient to

2  proceed with that hearing now that they have reached a settlement in principle and are working to

3  finalize a resolution promptly.  If no settlement is finalized, the parties will be prepared to argue the

4  pending matters at the next convenient hearing date.

6  DATED:  June 21, 2025                              Respectfully submitted,

7                                                             /s/ *Joshua D. Branson*

8                                                             JOSHUA D. BRANSON*
                                                               jbranson@kellogghansen.com
9                                                             ANDREW C. SHEN*
                                                               ashen@kellogghansen.com
10                                                            KELLOGG, HANSEN, TODD,
                                                                  FIGEL & FREDERICK, P.L.L.C.
11                                                            1615 M Street, N.W., Suite 400
                                                               Washington, D.C. 20036
12                                                            Telephone: 202.326.7900

14                                                            *Attorneys for X Corp.*
                                                               * *Admitted Pro Hac Vice*

18                                                            /s/ *Colin R. Kass*
                                                               Colin R. Kass*
19                                                            PROSKAUER ROSE LLP
                                                               1001 Pennsylvania Ave., N.W.
20                                                            Washington, D.C. 20004
                                                               (202) 416-6890
21                                                            ckass@proskauer.com

22                                                            David A. Munkittrick*
                                                               PROSKAUER ROSE LLP
23                                                            Eleven Times Square
                                                               New York, New York 10036
24                                                            (212) 969-3000
25                                                            dmunkittrick@proskauer.com

26                                                            *Attorneys for Bright Data Ltd.*
                                                               **Admitted pro hac vice*

28

JOINT STIPULATION AND MOT. TO ADJOURN HEARING AND FOR A 10-DAY STAY PENDING SETTLEMENT
Case No. 3:23-cv-03698-WHA