JOSHUA D. BRANSON*
jbranson@kellogghansen.com
ANDREW C. SHEN*
ashen@kellogghansen.com
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
* Admitted Pro Hac Vice

Counsel for X Corp.

Colin R. Kass (*pro hac vice*)
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 416-6890
ckass@proskauer.com

David A. Munkittrick *(pro hac vice)*
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000
dmunkittrick@proskauer.com

Counsel for Bright Data Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X CORP., a Nevada corporation,<br><br>Plaintiff<br><br>v.<br><br>BRIGHT DATA LTD., an Israeli corporation,<br><br>Defendant. | Case No. 3:23-cv-03698-WHA<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND MOTION TO ADJOURN HEARING AND FOR A 10-DAY STAY PENDING SETTLEMENT**<br><br>Hon. William H. Alsup |

**[PROPOSED] ORDER**

Having considered the parties' Joint Stipulation and Motion to Adjourn Hearing and for a 10-Day Stay Pending Settlement, the Court **GRANTS** the motion as follows:

    1.    The June 26, 2025 hearing is **ADJOURNED**; and

    2.    All proceedings and deadlines in this action are **STAYED** for 10 days.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

                                            Honorable William H. Alsup
                                            United States District Court Judge