| | |
|---|---|
| Joshua D. Branson* <br> jbranson@kellogghansen.com <br> Andrew C. Shen* <br> ashen@kellogghansen.com <br> KELLOGG, HANSEN, TODD, <br> FIGEL & FREDERICK, P.L.L.C. <br> 1615 M Street, N.W., Suite 400 <br> Washington, D.C. 20036 <br> Telephone: (202) 326-7900 <br> Facsimile: (202) 326-7999 <br><br> *Admitted Pro Hac Vice <br><br> Counsel for X Corp. | Colin R. Kass* <br> PROSKAUER ROSE LLP <br> 1001 Pennsylvania Ave., N.W. <br> Washington, D.C. 20004 <br> (202) 416-6890 <br> ckass@proskauer.com <br><br> David A. Munkittrick* <br> PROSKAUER ROSE LLP <br> Eleven Times Square <br> New York, New York 10036 <br> (212) 969-3000 <br> dmunkittrick@proskauer.com <br><br> *Admitted Pro Hac Vice <br><br> Counsel for Bright Data, Ltd. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X CORP., <br><br>     Plaintiff-Counterclaim Defendant, <br><br> v. <br><br> BRIGHT DATA LTD., <br><br>     Defendant-Counterclaim Plaintiff. | Case No. 23-CV-03698-WHA <br><br> Hon. William A. Alsup <br> Courtroom 12 – 19th Floor |

### STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, on July 26, 2023, X commenced a lawsuit against Bright Data in the United States District Court for the Northern District of California (the "District Court"), captioned X Corp. v. Bright Data, Ltd., 3:23-cv-03698 (N.D. Cal.) (the "Action");

WHEREAS, on December 17, 2024, Bright Data filed a Counterclaim and Answer in the Action;

WHEREAS, this Action has been compromised and settled;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, counsel of record to all parties to this action, this action is dismissed with

prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs or attorneys' fees to any party hereto.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:                                             By: _____
                                                        Hon. William H. Alsup

23-cv-03698-WHA

Page 2

| | |
|---|---|
| 1  Dated: June 27, 2025 | Respectfully submitted, |
| 2 | |
| 3 | /s/ Joshua D. Branson |
|   | Joshua D. Branson* |
| 4 | jbranson@kellogghansen.com |
|   | Andrew C. Shen* |
| 5 | ashen@kellogghansen.com |
|   | KELLOGG, HANSEN, TODD, |
| 6 | FIGEL & FREDERICK, P.L.L.C. |
|   | 1615 M Street, N.W., Suite 400 |
| 7 | Washington, D.C. 20036 |
|   | Telephone: 202.326.7900 |

*Attorneys for X Corp.*
*\* Admitted Pro Hac Vice*

/s/ Colin R. Kass
Colin R. Kass*
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 416-6890
ckass@proskauer.com

David A. Munkittrick*
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000
dmunkittrick@proskauer.com

*Attorneys for Bright Data, Ltd.*
*\*Admitted Pro Hac Vice*