UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

X CORP., INC.,

      Plaintiff,

v.

BRIGHT DATA LTD.,

      Defendant.

No. C 23-03698 WHA

**ORDER TO COMPLETE PAYMENTS**

All payments owed to Special Master McElhinny must be received in the amounts and manner specified by him but in no case later than **JULY 1, 2025.**

**IT IS SO ORDERED.**

Dated: June 27, 2025.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE