UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| X CORP., INC., | |
| Plaintiff, | No. C 23-03698 WHA |
| v. | **END OF CASE ORDER** |
| BRIGHT DATA LTD., | |
| Defendant. | |

Special Master McElhinny has ably served the United States District Court for the Northern District of California in this discovery-intensive proceeding. With appreciation, he is **DISCHARGED** from duty in this matter.

The parties have filed a stipulation of voluntary dismissal with prejudice under Rule 41(a)(1)(A)(ii) (Dkt. No. 355). As they requested, this order accepts and enters that dismissal.

The district court retains jurisdiction as to its records and remaining sealing motions (*see also* Dkt. No. 138 ¶ 9). *Brennan v. Opus Bank*, 796 F.3d 1125, 1126, 1134 (9th Cir. 2015).

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 1, 2025.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE